**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF FLORIDA

Case number *(if known)* _____    Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**04/25**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | Sailormen, Inc. |

| | | |
|---|---|---|
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **59-2355214** |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **9200 South Dadeland Blvd, Suite 600 Miami, FL 33156** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Miami-Dade** County | **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL) _____

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Official Form 201              **Voluntary Petition for Non-Individuals Filing for Bankruptcy**              page 1

Debtor    **Sailormen, Inc.**
<br>Name

Case number (*if known*) _____

**7.    Describe debtor's business**    A. *Check one:*

☐  Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐  Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐  Railroad (as defined in 11 U.S.C. § 101(44))

☐  Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐  Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐  Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑  None of the above

B. *Check all that apply*

☐  Tax-exempt entity (as described in 26 U.S.C. §501)

☐  Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐  Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.    Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐  Chapter 7

☐  Chapter 9

☑  Chapter 11. *Check **all** that apply*:

   ☐  Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

   ☐  The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐  The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

   ☐  A plan is being filed with this petition.

   ☐  Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐  The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐  The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐  Chapter 12

**9.    Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
<br>If more than 2 cases, attach a separate list.

☑  No.
<br>☐  Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.    Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑  No
<br>☐  Yes.

List all cases. If more than 1, attach a separate list

| | | | | | |
|---|---|---|---|---|---|
| Debtor | _____ | | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 2

Debtor  **Sailormen, Inc.**    Case number (*if known*) _____
Name

---

**11. Why is the case filed in *this district?***    *Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
  Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____
       Contact name _____
       Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☑ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☑ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☑ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor **Sailormen, Inc.**
Name

Case number (*if known*) _____

---

**Request for Relief, Declaration, and Signatures**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on        **January 15, 2026**
                   MM / DD / YYYY

**X**    **/s/ David Baker**                                    **David Baker**
         Signature of authorized representative of debtor        Printed name

         Title    **CRO**

---

**18. Signature of attorney**

**X**    **/s/ Bradley S. Shraiberg**                    Date    **January 15, 2026**
         Signature of attorney for debtor                        MM / DD / YYYY

**Bradley S. Shraiberg 121622**
Printed name

**Shraiberg Page PA**
Firm name

**2385 NW Executive Center Dr**
**Suite 300**
**Boca Raton, FL 33431**
Number, Street, City, State & ZIP Code

Contact phone    **561 443 0800**         Email address    **bss@slp.law**

**121622 FL**
Bar number and State

**Signature of attorney**

**Co-Counsel**

**X**    **/s/ Luis Salazar**                            Date    **January 15, 2026**
         Signature of attorney for debtor                        MM / DD / YYYY

**Luis Salazar 147788**
Printed name

**Cole Schotz P.C.**
Firm name

**2121 SW 3rd Ave**
**Suite 200**
**Miami, FL 33129**
Number, Street, City, State & ZIP Code

Contact phone    **305 374 4848**         Email address    **lsalazar@coleschotz.com**

**147788 FL**
Bar number and State

---

**Fill in this information to identify the case:**

Debtor name    **Sailormen, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐  *Schedule H: Codebtors* (Official Form 206H)
☐  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐  Amended *Schedule*
■  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐  Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 15, 2026**        X **/s/ David Baker**
                                               Signature of individual signing on behalf of debtor

                                               **David Baker**
                                               Printed name

                                               **CRO**
                                               Position or relationship to debtor

Official Form 202                    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Sailormen, Inc.** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF FLORIDA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                                                              12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Cheney Brothers, Inc 2801 W Silver Springs Blvd C/O Sara Garitta Ocala, FL 34475** | | | | | | **$623,815.19** |
| **Kelly'S Foods(Winter Garden) 650 Carter Road Winter Garden,, FL 34787** | | | | | | **$352,237.82** |
| **Kelly Foods Jacksonville Attn:  Cammie Lane 2240 Dennis Street Jacksonville, FL 32204** | | | | | | **$271,335.62** |
| **The Sygma Network 5550 Blazer Parkway Suite 300 Dublin, OH 43017** | | | | | | **$253,497.58** |
| **Service Properties Trust C/O The Rmr Group Llc Po Box 776903 Chicago, IL 60677** | | | | | | **$251,881.20** |
| **N. Wasserstrom & Sons 2300 Lockbourne Road Columbus, OH 43207** | | | | | | **$234,790.99** |

Debtor    **Sailormen, Inc.**                                    Case number *(if known)*
             Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **A-1 Air Solutions, LLC 849 Sw 20Th Avenue Okeechobee, FL 34979** | | | | | | **$232,256.00** |
| **Xenial Inc PO Box 930157 Atlanta, GA 31193-0157** | | | | | | **$196,424.95** |
| **Store Capital Corporation 8377 E. Hartford Drive Ste 100 Scottsdale, AZ 85255** | | | | | | **$185,770.81** |
| **Lewis Brisbois Bisgaard & Smith, LLP 633 West 5Th Street Suite 4000 Los Angeles, CA 90071** | | | | | | **$184,913.96** |
| **Coca Cola USA P.O. Box 102703 Atlanta, GA 30368** | | | | | | **$176,211.81** |
| **Hs Land Holdings, Ltd. C/O Mcmillen & Co. 225 S. Swoope Ave #111 Maitland, FL 32751** | | | | | | **$156,931.97** |
| **Realty Income Corporation Dba Realty Income Properties, Inc PO Box 842428 Los Angeles, CA 90084** | | | | | | **$140,007.03** |
| **PFS Alabama 12500 West Creek Pkwy Richmond, VA 23238** | | | | | | **$130,219.76** |
| **Tnt Mechanical PO Box 150830 Odgen, UT 84415-0290** | | | | | | **$128,930.68** |

Debtor **Sailormen, Inc.**
  Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Arcp Cnl Funding 2000-A Gp LLC American Realty Capital P.O. Box 847390 Dallas, TX 75284-7390** | | | | | | **$121,273.38** |
| **Holland & Knight LLP Attn: Jesse Vogtle 1901 6th Ave N #1400 Birmingham, AL 35203** | | **Attorneys' fees** | | | | **$120,000.00** |
| **VFI KR SPE I LLC Lockbox #714415 Po Box 8105 Ann Arbor, MI 48107** | | | | | | **$119,523.14** |
| **Arccafeusa001, LLC P.O. Box 29650/ Id:082134 Dept 880044 Phoenix, AZ 85038-9650** | | | | | | **$107,644.66** |
| **Stnl Advisors LLC 275 Madison Avenue 13Th Floor New York, NY 10016** | | | | | | **$89,762.07** |

# United States Bankruptcy Court
## Southern District of Florida

In re   **Sailormen, Inc.**

Debtor(s)

Case No.

Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Interfoods of America, Inc.**<br>**2533 N Carson St**<br>**Carson City, NV 89706** | | **100%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **CRO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **January 15, 2026**

Signature   **/s/ David Baker**

**David Baker**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## Southern District of Florida

In re    **Sailormen, Inc.** _____    Case No. _____
                                    Debtor(s)          Chapter    **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the CRO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the

best of my knowledge.

Date:    **January 15, 2026** _____        **/s/ David Baker** _____
                                    **David Baker**/**CRO**
                                    Signer/Title

10132 San Jose NS LLC
1 Hudson Road West
Irvington, NY 10533


2496 Blanding Blvd, LLC
2980 Ne 207Th St
Aventura, FL 33180


262-264 W. 26Th Mgt. LLC
320-8Th Ave. Corp.,
Po Box 932
Bronxville, NY 10708


389 Associates - Southchase
PO Box 263
Emerson, NJ 07630


404 Midland Avenue
404 Midland Ave
Springdale, AR 72764


4202 Third Avenue LLC
326 Bull Street
Savannah, GA 31401


4946 South 25Th Street, LLC
14865 Draft Horse Lane
Wellington, FL 33414


6110 Oak Street Eastman Ga LLC
16348 Celinda Place
Encino, CA 91436


63Rd Terrace, LLC
14865 Draft Horse Lane
Wellington, FL 33414


A & D Water Systems, Inc.
1530 NW 25th Drive
Okeechobee, FL 34972

A-1 Air Solutions, LLC
849 Sw 20Th Avenue
Okeechobee, FL 34979


Above All Environmental Inc
5036 Dr Phillips Blvd #128
Orlando, FL 32819


ADP, Inc
P.O. Box  830272
Philadelphia, PA 19182-0272


Affordable Environmental Services Corp
7110 Sw 42 Nd Ter
Miami, FL 33155


All-Saf Fire Protection Inc.
3005 Knight Ave
Waycross, GA 31503


Altocumulus
202 S. Rockingham Ave
Los Angeles, CA 90049


American Leak (Pensacola)
P.O. Box 9
Cantonment, FL 32533


Ameriserve Commercial LLC
50 Grayson Industrial Pkwy
Grayson, GA 30017


Ampm Door Service Inc
273 Glenwood Dr
Lakeland, FL 33805


Andrade Associates Limited Partnership
C/O Manuel S. Andrade
13594 Artisan Circle
Palm Beach Garden, FL 33418

Apple & Apple, LLC
21228 S. Lakeview Drive
Panama City Beach, FL 32413


Aquatic Weed Control, Inc.
PO Box 593258
Orlando, FL 32859


Arc Cafehld001, LLC
P.O. Box 29650
Dept 880044
Phoenix, AZ 85038-9650


Arccafeusa001, LLC
P.O. Box 29650/ Id:082134
Dept 880044
Phoenix, AZ 85038-9650


Arcp Cnl Funding 2000-A Gp LLC
American Realty Capital
P.O. Box 847390
Dallas, TX 75284-7390


Art Family Investment Corp.
2385 N. Meridian Avenue
Miami Beach, FL 33140


Asap Plumbing(Jax)
Gainesville Inc
3200 Emerson St
Jacksonville, FL 32207


Association Of Rolling River Owners, Inc
Elim Services
PO Box 628207
Orlando, FL 32862-8207


At&T Internet
PO Box 5014
Carol Stream,, IL 60197-5014


At&T Mobility (Il)
P O Box 6463
Carol Stream, IL 60197-6463

Atrium Circle Gp
PO Box 5295
Kingwood, TX 77325


August Rd, LLC
5122 Middleton Rd
San Diego, CA 92109


Axis Portable Air LLC
33 S 56Th St Suite 102
Chandler, AZ 85226


B-Thap, L.C.
P.O. Box 865238
Orlando, FL 32886-5238


B.O.C.C.
Hillsborough County Water Dept
P O Box 342456
Tampa, FL 33694-2456


Bailiwick Services, LLC
4260 Norex Dr
Chaska, MN 55318


Banks Safe & Lock Co. Inc.
2870 Ne 55Th. Court
Fort Lauderdale, FL 33308


Big Bend Restaurant Supply
400 Capital Circle Se # 15
Tallahassee, FL 32301


Blue Dominion, LLC
Attn: David Hooks
185 Live Oak Road
Newport, NC 28570


Braden River Utilities
14400 Covenant Way
Lakewood Ranch, FL 34202

Brunswick-Glynn County
Joint Water & Sewer Comm
P.O. Box 628396
Orlando, FL 32862-8396


Capital Plumbing Contractors
706 Flagg St
Tallahassee, FL 32305


CDI, LLC
Pam Wood
5151 Brook Hollow Pkwy #225
Norcross, GA 30071-4912


Central Food Equipment Inc
3310 Reynolds Rd
Lakeland,, FL 33803


Cheney Brothers, Inc
2801 W Silver Springs Blvd
C/O Sara Garitta
Ocala, FL 34475


City Of Alachua
15100 Nw 142nd Ter
Alachua, FL 32615


City Of Alma
502 W 12th St
P.O. Box 429
Alma, GA 31510


City Of Apopka
Apopka Police Department
112 E. 6th St
Apopka, FL 32703


City Of Apopka Utilities Dept.
150 E 5th Street
Apopka, FL 32704-1188

City Of Bainbridge
101 S Broad St
P.O Box 946
Baindbridge, GA 39818

City Of Baxley
282 East Parker Street
Baxley, GA 31513

City Of Chipley
P.O. Box 1007
Chipley, FL 32428

City of Cocoa
P O Box 1270
Cocoa,, FL 32923-1270

City Of Crestview
198 North Wilson Street
Crestview, FL 32536

City Of Deerfield Beach
150 N.E 2nd Street
Deerfield Beach, FL 33441

City of Deerfield Beach
P. O. Box 865631
Orlando, FL 32886-5631

City of Deland
P.O. Box 2919
Deland, FL 32721-2919

City Of Edgewater
PO Box 1190
Edgewater, FL 32132

City of Fort Lauderdale
Municipal Services
P.O. Box 31687
Tampa, FL 33631-3687

City Of Gulf Breeze
PO Box 640
Gulf Breeze, FL 32562-0640


City Of Jesup
P.O. Box 427
Jesup, GA 31598


City of Lakeland
Business Tax Office
228 S Massachusetts Avenue
Lakeland, FL 33801-5086


City of Leesburg
P.O. Box 491286
Leesburg, FL 34749


City Of Live Oak
101 White Ave S.E.
Live Oak, FL 32064


City Of MacClenny
118 E Macclenny Ave
Macclenny, FL 32063


City of North Miami Beach
P.O. Box 600427
North Miami Beach, FL 33160-0427


City Of North Miami Utility
P O Box 31489
Tampa, FL 33631-3489


City Of Perry, Florida
Business Tax Dept
224 South Jefferson Street
Perry, FL 32347


City of Plant City
Utility Department
P.O. Box C
Plant City, FL 33564

```
City Of Port Orange Utilities
P O Box 291037
Port Orange, FL 32129-1037


City Of Port St. Lucie
P.O. Drawer 8987
Port St. Lucie, FL 34985-8987


City of Sanford
P.O. Box 1788
Sanford, FL 32772-1788


City of Tampa
City Of Tampa- Oracle Lockbox
PO Box 23328
Tampa, FL 33623-3328


City Of Tampa Utilities
P.O. Box 30191
Tampa, FL 33630-3191


City Of Tavares
P.O. Box 1068
Tavares, FL 32778


City of Thomasville
P.O. Box 1540
Thomasville, GA 31799


City Of Waycross
PO Drawer 99
Waycross, GA 31502-0099


City of West Melbourne
P O Box 120009
West Melbourne, FL 32912-0009


City Of Williston
P.O. Drawer 160
Williston, FL 32696
```

City of Winter Haven Utilities
Customer Services Division
P.O. Box 2277
Winter Haven, FL 33883-2277


City of Winter Park
PO Box 1986
Winter Park, FL 32790-1986


Claxton Poultry Farms
PO Box 935569
Atlanta, GA 31193


Clay County Health Dept
P O Box 331
138 S. Division St.
West Point, MS 39773


Clay County Utility Authority
3176 Old Jennings Road
Middleburg, FL 32068


Clay Electric Cooperative, Inc
P O Box 308
Keystone Hts, FL 32656-0308


Climatic Mechanical LLC
665 Florida Pkwy
Kissimmee, FL 34743


CNL Funding 2000-A, LP
P.O. Box 29650
Dept 880044 Id999
Phoenix, AZ 85038-9650


Coca Cola USA
P.O. Box 102703
Atlanta, GA 30368


Comcast
PO Box 71211
Charlotte, NC 28272-1211

Comcast Business
P.O Boc 37601
Philadelphia, PA 19101

Commercial Equipment
Repair Inc
1040 Cypress Street
Valdosta, GA 31601

Commodore Property Management Group LLC
8950 Sw 74Th Ct Suite 2201
Miami, FL 33156

Consolidated Contracting & Consulting
10094 Ferguson Ave
Savannah, GA 31406

Cool Moon Ac LLC
6400 Sw 99Th Ave
Miami, FL 33173

Cordova Lock And Safe
6847 North 9Th Ave Suite A
Pensacola, FL 32504

Cumis Specialty Insurance Company
5910 Mineral Point Rd
Madison, WI 53705

Curb Masters Fs LLC
9413 Edison Ave
Tampa, FL 33612

Custom Comfort Designs, Inc.
11141 Highway 31 Suite 1
Spanish Fort, AL 36527

CWH Venice, LLC
21715 Cartagena Drive
Boca Raton, FL 33428

D & A Tech Solutions
1312 Sw 82 Ter
Pompano Beach, FL 33068


Dade Metro LLC
PO Box 714673
Cincinnati, OH 45271


Date Label Corp
PO Box 127
Danville, IN 46122


Dd & L Associates II, LLC
415 Park Avenue
Rochester, NY 14607


De La Hoz, Perez & Barbeito PA
304 Palermo Avenue
Coral Gables, FL 33134


Dee'S Electrical Inc
P.O. Box 101
Hinesville, GA 31310


Door Styles, Inc.
1178 Nw 163Rd Drive
Miami,, FL 33169


Doublev Pooler LLC
641 Wilcox Ave. 1B
Los Angeles, CA 90004


Dr. James Edward And Thea Ziegast Weilba
14 Brookside Road
Asheville, NC 28803


Dtiq Technologies, Inc
PO Box 269078
Oklahoma City, OK 73126-9078


Duke Energy
PO Box 1004
Charlotte, NC 28201-1004

Dunn Sdc, LLC
290 Nw 165Th St Ph2
Miami, FL 33169


Duval Station Property Owners Associatio
6196 Lake Gray Blvd
Suite 103
Jacksonville, FL 03224


Earthlink Business 1058
P O Box 9001013
Louisville,, KY 40290-1013


Eems Kerollos, LLC
Att: Ezzat Seif
2909 Wagon Train Lane
Diamond Bar, CA 91765


Egan Family Trust
240-241 North Plum St
Lancaster, PA 17602


Emerald Coast Utilities Auth
P.O. Box 18870
Pensacola, FL 32523-8870


Emergency Ice Delivery LLC
PO Box 50301
Jacksonville Beach, FL 32240


Entera LLC
5900 Venture Crossings Blvd
Panama City, FL 32409


Everon LLC
PO Box 219044
Kansas City, MO 64121-9044


F And L Properties
19790 West Dixie Hwy
Ph 2
Aventura, FL 33180

```
Fairy Property Group LLC
4 Greenbriar Road
Little Falls, NJ 07424


Field Apartments LLC
John Walker Field Jr
P.O. Box 460550
Ft. Lauderdale, FL 33346


Fire Sprinkler Services
9313 Old King Road South
Jacksonville, FL 32257


First Choice Coffee
6700 Dawson Blvd., Bldg. 3E
Norcross, GA 30093


First Power Group, LLC
8676 Hawkwood Bay Drive
Boynton Beach, FL 33473


Fli Properties, LLC
PO Box 156
Jackson Heights, NY 11372


Florida City Gas
P.O. Box 22614
Miami, FL 33102-2614


Florida Department of Revenue
P.O. Box 6668
Tallahassee, FL 32314-6668


Florida Public Utilities Co
P.O. Box  2137
Salisbury, MD 21802-2137


Fortis Risk Solutions, LLC
100 Ring Rd W., Ste 200
Garden City, NY 11530
```

Fox Glass Orlando Inc
3038 John Young Parkway Ste 7
Orlando, FL 32804


Frank Gay Plumbing, Inc.
6206 Forest City Road
Orlando, FL 32810


Freedom Holdings, LLC
152-18 Union Tpke. #4L
Flushing, NY 11367


Frep V- Palm Plaza, LLC
2501 South Macdille Ave
Tampa, FL 33629


Gainesville Regional Utilities
P O Box 147051
Gainesville, FL 32614-7051


Garden City Utilities Department
100 Central Ave
Garden City, GA 31405


Gasket Guy Of Jacksonville
4809 Rosselle St
Jacksonville, FL 32254


Golden Isles Realty
330 Mallery Street
St. Simons Island, GA 31522


Golem Duval, LLC
2645 South Bayshore Drive
Suite 2104
Coconut Grove, FL 33133


Granite Telecommunications, LLC
Client Id #311
P.O. Box 983119
Boston, MA 02298-3119

Halo Branded Solutions, Inc.
3182 Momentum Place
Chicago, IL 60689


Harvey'S Electric Co Inc
P.O. Box 185
Lutz, FL 33548


Heart Of Florida Properties
C/O Brookhill Management Corp
501 Madison Avenue
New York, NY 10022


Hinesville City Of Water
Attn:  Water Dept
115 East M.L. King Jr. Drive
Hinesville, GA 31313


Hm Electronics Inc
2848 Whiptail Loop
Carlsbad, CA 92010


Holland & Knight LLP
Attn:  Jesse Vogtle
1901 6th Ave N #1400
Birmingham, AL 35203


Hollis Street Trust
11792 Lake Aston Court
Apt 107
Tampa, FL 33626


Hospitality Resource Supply Inc
499 N Sr 434 #1005
Altamonte Springs, FL 32714


Howard N Real Estate Investments, LLC
9500 West Bay Harbour Drive
Apt. 4C
Bay Harbor Islands, FL 33154

Hs Land Holdings, Ltd.
C/O Mcmillen & Co.
225 S. Swoope Ave #111
Maitland, FL 32751


Hubbard Plumbing
P.O. Box 400
Bloomingdale, GA 31302


Huggins Waste Service
71 Horsetrail Rd
Pembroke, GA 31321


Insight Direct Usa, Inc
PO Box 731069
Dallas, TX 75373


Interinvest Co. LLC
11939 Estrada Lane
Porter Ranch, CA 91326


Internal Revenue Service
Attn: Special Procedures
P.O. Box 34045
Stop 572
Jacksonville, FL 32202


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19114


Investment Aab Two
620 Nw 80Th Blvd
Gainesville, FL 32607


Iris Associates L.P.
28 Kennedy Blvd.
Suite 800
East Brunswick, NJ 08816


Israel Family Realty Co. LLC
PO Box 156
Jackson Heights, NY 11372

Ivancovich Properties
500 N. Lombard
Visalla, CA 93291


J 11823 Plano Rd LLC &
D 11823 Plano Rd
821 Pembroke Ct
Orchid, FL 32963


J&P Family L.L.L.P
368 Burnt Hickory Way
Fortson, GA 31808


James F. Simpson Backflow
13291 Sw 108 St Cir N.
Miami, FL 33186


Jea
P.O. Box 45047
Jacksonville, FL 32232-5047


Jean J. Cornil
598 Mountain Home Rd
Woodside, CA 94062


Jengeo Realty
2971 North Ocean Blvd.
Boca Raton, FL 33431


Judson Stringfellow
3515 Dovewood Dr
Charlotte, NC 28226


Kay Chemical Company
28812 Network Place
Chicago, IL 60673


Keith Mcneill Plumbing, Inc
3505 North Monroe St
Tallahassee, FL 32303

Kelly Foods Jacksonville
Attn:  Cammie Lane
2240 Dennis Street
Jacksonville, FL 32204

Kelly'S Foods(Winter Garden)
650 Carter Road
Winter Garden,, FL 34787

Kelly'S Foodservice Tampa
5621 E Powhatan
Tampa,, FL 33610

KeyBank
1441 Brickell Ave, Ste 1220
Miami, FL 33131

Keystone
1001 Conshohocken State Rd
Suite 2-100
West Conshohocken, PA 19428

KGGK Venture, LLC
Chase Bank Saving #2943151411
PO Box 6185
Westerville, OH 43086

Klug Family LLC
2018 S. Federal Hwy A3069
Boyton Beach, FL 33435

Lapensee Plumbing & Pools
401 Manatee Ave
Holmes Beach, FL 34217

Lawn In Order
364 Northwest Hibiscus Street
Port St. Lucie, FL 34983

Lawrence Martin
PO Box 1273
Soquel, CA 95073

LBJ Alachua, LLC
4 Dorchester Road
Scarsdale, NY 10583


LDP Bailey Road LLC
415 Park Avenue
Rochester, NY 14607


Lee's Ice
1725 Central Florida Parkway
Ste D
Orlando, FL 32837


Leeagles, LLC
3216 Corrine Drive
Orlando, FL 32803


Lewis Brisbois Bisgaard & Smith, LLP
633 West 5Th Street
Suite 4000
Los Angeles, CA 90071


LG Ml 1
PO Box 357742
Gainesville, FL 32635


LG Ml 2, LLC
PO Box 357742
Gainesville, FL 32635


Lickety Split Lawn Service
3818 Ne 13Th Drive
Gainesville, FL 32609


LLD Family Properties II, LLC
415 Park Avenue
Rochester, NY 14607


Logical Plumbing
PO Box 522156
Longwood, FL 32752

Los Compadres LLC
1001 W. Whittler Blvd.
Lahabra, CA 90631


LR911, LLC
3210 Cullowee Lane
Naples, FL 34114


Luke Starlight LLC
196 S Starlight Dr
Anaheim, CA 92807


Make An Impact LLC
102 W Las Palmas Drive
Fullerton, CA 92835


Manatee County Public Utilities
P O Box 25350
Bradenton,, FL 34206-5350


Medusa Properties, Inc.
10 Bordens School Lane
Lexington, VA 24450


Meridian Waste
PO Box 580210
Charlotte, NC 28258-0210


Mesa Crestview, LLC
6505 Lone Oak Drive
Bethesda, MD 20817


Metro-Rooter
Certified Environmental Serv Inc.
8892 Normandy Blvd.
Jacksonville, FL 32221


Miami-Dade County Internal Compliance De
111 Nw 1St Street, 26Th Fl
Code Compliance Administration
Miami, FL 33128

Miami-Dade Water & Sewer Dept
PO Box 026055
Miami, FL 33102-6055


Midway Water System, Inc.
4971 Gulf Breeze Pkwy
Gulf Breeze, FL 32563


Midwest Badge Corp
P.O. Box 1516
Skokie, IL 60076-8516


Miller Septic Tank Service
P.O. Box 5934
Tallahassee, FL 32314


Mocny Limited Partnership LLLP
6465 River Road
New Smyrna Beach, FL 32169


MQ Series Investments Inc.
1423 Lands End Road
Lantana, FL 33462


Mr. C'S Plumbing & Septic  Inc
19932 Nw 2 Ave.
Miami, FL 33169


Mrt, LLC
3017 Franklin Canyon
Beverly Hills, CA 90210


N. Wasserstrom & Sons
2300 Lockbourne Road
Columbus, OH 43207


Narita Holdings, LLC
601 Spring Oak Circle
Orlando, FL 32828


National Readerboard Supply
P.O. Box 430
Poncha Springs, CO 81242

Navdeep Singh & Rajinder Singh Trustee
91 Sandering Hill
Wassonville, CA 95076


Neimon Group, LLC
601 Spring Oak Circle
Orlando, FL 32828


Nine Mile Plaza Investors
C/O Victory Real Estate
P.O. Box 4767
Columbus, FL 31914


Noble Management Company
Hart Centers Vi Ltd
4280 Professional Ctr Dr 100
Palm Beach Gardens, FL 33410


North Atlantic 1710, LLC


Nu-Way Industries Inc
555 Howard Ave
Des Plaines, IL 60018


Office of Attorney General
State of Florida
The Capitol PL-01
Tallahassee, FL 32399-1050


Optimum Maintenance Services
410 Rittburn Lane
Saint Johns, FL 32259


Orange County Utilities
P.O. Box 628068
Orlando, FL 32862-8068


Orange Way Properties LLC
115 E Palm Midway
Miami Beach, FL 33139

Panasonic Connect North America Professi
PO Box 7910
Carol Stream, IL 60197-7910


Parts Town, LLC
27787 Network Place
Chicago, IL 60673-1277


Payne And Sons LLC
789 Fischer Blvd
Toms River, NJ 08753


Performance Food Group - Midland
PO Box 1351
Hattiesburg, MS 39403


PFS Alabama
12500 West Creek Pkwy
Richmond, VA 23238


Phelps Dunbar LLP
Attn: Ragan Richard
P.O. Box 4412
Baton Rouge, LA 70821-4412


Pilgrim's
PO Box 88130
Chicago, IL 60680-1130


Pothole Heroes, LLC
8408 Benjamin Road
Tampa, FL 33634


Principal Life Insurance Co
Property Number: 125810
PO Box 734754
Chicago, IL 60673


Pro Fix Multiservices LLC
6009 N 49Th St
Tampa, FL 33610

Professional Image
1654 Front Street
Suite 5
Slidell, LA 70458


Promenade Plaza Partnership
C/O Redevco Management
220 Florida Avenue
Coral Gables, FL 33133


R Florida Crescent, LLC
Bank Of America,  Acct#3251 0709 9864
PO Box 105576
Atlanta, GA 30348-5576


R.F. Technologies Inc
P.O. Box 142
Bethalto, IL 62010


Realty Income Corporation
Dba Realty Income Properties, Inc
PO Box 842428
Los Angeles, CA 90084


Republic Services
P.O Box 9001099
Louisville, KY 40290-1099


Rgs Commercial LLC
3481 Calle Margarita
Encinitas, CA 92024


Rizzy Investment LLC
2738 Central Road
Glenview, IL 60025


Rl International Inc
579B Raritan Rd Suite 156
Roselle, NJ 07203


Robert Johnson
107 Nicole Britt
Thomasville, GA 31757

Rooster 2 Quincy Properties LLC
2700 Las Vegas Blvd.
Suite 1811
Las Vegas, NV 89109


Rpm Systems, Inc.
14900 Sw 30Th St.
#279312
Miramar, FL 33027-7294


Sanft And Hollenbach, Gp
563 Nw Library Common Way
Boca Raton, FL 33432


Savannah Revenue Department
PO Box 1228
Savannah, GA 31402-1228


SB Sand LLC
23189 Via Stel
Boca Raton, FL 33433


Scana Energy
P.O. Box 105046
Atlanta, GA 30348-5046


Schefsky Family Revocable Trust
24 Vista Land
Burlingame, CA 94010


SEC Headquarters
100 F Street, NE
Washington, DC 20549


Securities and Exchange Commission
801 Brickell Ave., Suite 1800
Miami, FL 33131


Service Properties Trust
C/O The Rmr Group Llc
Po Box 776903
Chicago, IL 60677

Seven Springs Trust
12129 Buckhorn Estates Drive
Custer, SD 57730


Shepard Banks Investments LLC
7914 Calle Jalisco
Carslbad, CA 92009


Sib Development & Consulting Inc
PO Box 736603
Dallas, TX 75373


SJCZ Ltd
155 Prange Tree Drive
Orange Village, OH 44022


So Miami Kal-Si-Stem, LLC
6465 Sw 110 Street
Pinecrest, FL 33156


Southeastern Protection
1681 Ee Williamson Rd
# 1001
Longwood, FL 32779


Spider Group Corp
P.O. Box 366282
San Juan, PR 00936-6282


Stanley Lou
3407 W. Oakland Park Blvd
Lauderdale Lakes, FL 33311


Steritech Group Inc
P.O. Box 14095
Reading, PA 19612


Stnl Advisors LLC
275 Madison Avenue 13Th Floor
New York, NY 10016

Store Capital Corporation
8377 E. Hartford Drive
Ste 100
Scottsdale, AZ 85255


Stratacache Inc
40 North Main Street
Suite 2600
Dayton, OH 45423


Streamline Facilities Solutions LLC
PO Box 733
Ellington, CT 06029


Strickland Brothers LLC
3845 Kimmer Rowe Drive
Tallahassee, FL 32309-6710


Strong To The Finish LLC
PO Box 4532
Toms River, NJ 08754


Suburban Propane
PO Box 260
Whippany, NJ 07981


Sue Jack Realty LLC
252- 91St Street
Brooklyn, NY 11209


Summit Electrical Contractors
13790 Ranch Road
Jacksonville, FL 32218


Summit Fire & Security LLC
PO Box 855227
Minneapolis, MN 55485-5227


Suwannee Valley Electric
P.O. Box 2000
Lake City, FL 32056-2000

The Richard Esnard Living Trust
719 Piermont Avenue
Piermont, NY 10968


The San Marino Group
240 Crandon Blvd, Ste 285
Key Biscayne, FL 33149


The Sygma Network
5550 Blazer Parkway Suite 300
Dublin, OH 43017


Tmamm  LLC
5008 San Miguel St
Tampa, FL 33629


Tnt Mechanical
PO Box 150830
Odgen, UT 84415-0290


Toaster Connection
5 South Lewis Street
Metter, GA 30439


Town Of Callaha
PO Box 5016
Callahan, FL 32011


Trinity Properties
3525 Del Mar Heights Rd 298
San Diego, CA 92130


Try Otter
777 S. Figueroa St.
Suite 4100
Los Angeles, CA 90017


United States Attorney General's Office
US Department of Justice
950 Pennsylvania Avenue
Washington, DC 20530-0001

US Attorney Southern District of Florida
500 South Australian Avenue
Suite 400
West Palm Beach, FL 33401


Vast Peak Property LLC
5068 W. Colonial Drive
Orlando, FL 32808


VDM Longwood Retail, LLC
3662 Avalon Park E.
Suite 201
Orlando, FL 32828


VFI KR SPE I LLC
Lockbox #714415
Po Box 8105
Ann Arbor, MI 48107


Visual Lease LLC
100 Woodbridge Center Drive
Suite 200
Woodbridge, NJ 07095


Wachs Capital Limited Partnership
PO Box 704
Woodland, WA 98674


Wakulla County
340 Trice Lane
Crawfordville, FL 32327


Waycross Investments, LLC
2951 Long Ridge Ct.
West Bloomfield, MI 48323


Wayne County Board Of Health
240 Peachtree St
Jesup, GA 31545-0212


Wdp Enterprises At
Melbourne, LLC
157 E. Main Street Ste 200
Huntington, NY 11743

```
Workstream Technologies, Inc
521 7Th Street
San Francisco, CA 94103


Xenial Inc
PO Box 930157
Atlanta, GA 31193-0157
```