UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

SAILORMEN, INC.,                                    Case No. 26-10451-RAM

    Debtor.                                         Chapter 11

_____/

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Glenn D. Moses of the law firm of Venable LLP hereby gives notice to the Court and all interested parties of their appearance as counsel on behalf of creditor, POPEYES LOUISIANA KITCHEN, INC., in this matter, and further request that copies of all documents, pleadings, notices, motions, orders and any and all other papers served or filed in the above-styled matter be directed to the undersigned.

PLEASE TAKE FURTHER NOTICE that, pursuant to Bankruptcy Rules 2002 and 9007, the undersigned requests that copies of all notices, pleadings, and all other papers required to be served in this case be served upon the following persons, and that such persons be added to the mailing matrix in this case:

**Glenn D. Moses, Esq.**
**VENABLE LLP**
801 Brickell Avenue, Suite 1500
Miami, Florida 33131
Telephone: (305) 349-2300
Facsimile: (305) 349-2310
GMoses@venable.com

PLEASE TAKE FURTHER NOTICE that, pursuant to Rule 2002 of the Bankruptcy Rules, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules set forth above, but also includes, without limitation, any order, notice, application, complaint,

demand, motion, petition, pleading, disclosure statement or plan of reorganization, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, overnight, or hand delivery, telephone, telegraph, telex, email, Internet, or otherwise filed or made with regard to the bankruptcy case and proceedings therein, or that affects or seeks to affect in any way any rights or interests of any party in interest in this case with respect thereto.

PLEASE TAKE FURTHER NOTICE that, neither this Notice nor any subsequent appearance, pleading, claim or suit is intended or shall be deemed a waiver of any rights: (i) to have final orders in non-core matters entered only after *de novo* review by a United States District Court; (ii) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related hereto; (iii) to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (iv) to object to any jurisdiction of this Court for any purpose other than with respect to this Notice; or (v) to any rights, claims, actions, defenses, setoffs, recoupments or remedies to which Creditor is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, recoupments and remedies Creditor expressly reserves hereby.

DATED: January 16, 2026.               Respectfully submitted,

**VENABLE LLP**
*Attorneys for Popeyes Louisiana Kitchen, Inc.*
801 Brickell Avenue, Suite 1500
Miami, Florida 33131
Telephone: 305.349.2300
Facsimile: 305.349.2310

By: */s/ Glenn D. Moses*
     Paul J. Battista, Esq.
     Florida Bar No. 884162
     Email: PJBattista@venable.com
     Glenn D. Moses, Esq.
     Florida Bar No. 174556
     Email: GMoses@venable.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 16, 2026, a true and correct copy of the foregoing document has been furnished via electronic mail by virtue of the Court's CM/ECF Filing System upon all interested parties registered to receive electronic notice on this matter.

By:   */s/ Glenn D. Moses*
Paul J. Battista, Esq.
Glenn D. Moses, Esq.

3