UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:  Case No.: 26-bk-10451-RAM

SAILORMEN, INC.,  Chapter 11

        Debtor.
_____/

**LESSORS' LIMITED OBJECTION
AND RESERVATION OF RIGHTS TO THE DEBTOR'S
EMERGENCY MOTION FOR INTERIM AND FINAL ORDERS (I) AUTHORIZING
POSTPETITION USE OF CASH COLLATERAL, (II) GRANTING ADEQUATE
PROTECTION TO THE LENDERS, (III) SCHEDULING A FINAL HEARING, AND
(IV) GRANTING RELATED RELIEF AND DEMAND FOR PAYMENT OF RENTS**

      LDP Bailey Road, LLC, FLI Properties, LLC, and LLD Family Properties II, LLC (collectively, the "**Lessors**"), by and through their undersigned counsel, file this limited objection and reservation of rights and demand for payment of rents (the "**Limited Objection**") to Debtor's Emergency Motion for Interim and Final Orders (I) Authorizing Postpetition Use of Cash Collateral, (II) Granting Adequate Protection to the Lenders, (III) Scheduling a Final Hearing, and (IV) Granting Related Relief [ECF Nos. 4 and 5] (the "**Cash Collateral Motion**") and join in the objection filed by Art Family Investments Corp [ECF No. 133].[1] In support of this Limited Objection, the Lessors state as follows:

**Objection**

      1.    On January 15, 2026, the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code.[2] The Debtor operates its business and manages its

---

[1] All capitalized terms not expressly defined herein shall have the meaning ascribed to them in the Cash Collateral Motion.
[2] All references to the "Bankruptcy Code" shall refer to Title 11 of the United States Code, et seq. All references to a "Bankruptcy Rule" or the "Bankruptcy Rules" are to the applicable rule of the Federal Rules of Bankruptcy Procedure.

properties as a debtor-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

2. Currently, the Debtor operates 136 Popeyes restaurants in Florida and Georgia (each a "**Popeye Store**").[3]

3. LDP Bailey Road, LLC is a landlord at the Popeye Store located at 1713 S. Pine Avenue, Ocala, Florida 34471, pursuant to an unexpired net lease dated June 24, 2013 (the "**LDP Lease**"). FLI Properties, LLC is a landlord at the Popeye Store located at 2143 Edgewood Avenue, Jacksonville, Florida 32209, pursuant to an unexpired net lease (the "**FLI Lease**"). LLD Family Properties II, LLC is a landlord at the Popeye Store located at 5715 Normandy Blvd., Jacksonville, Florida 32205, pursuant to an unexpired net lease dated May 17, 2021 (the "**LLD Lease**").[4]

4. Upon information and belief, the stores are performing locations and are being operated by the Debtor in the ordinary course of its business.

5. On January 26, 2026, the Debtor filed a motion to reject certain unexpired leases in various locations [ECF No. 82]. The Leases are not included in the leases the Debtor is seeking to reject.

6. Prior to the Petition Date, the Debtor was in default on its obligations under each of the Leases. Similarly, since the Petition Date, the Debtor has made no payments to Lessors, nor has it provided proof of performance of other obligations under the Leases, such as taxes and insurance.

---

[3] *See* Declaration of David M. Baker in Support of First-Day Motions [ECF No. 9].
[4] The LDP Lease, the FLI Lease, and the LLD Lease shall be referred to collectively as the "Leases".

**LIMITED OBJECTION AND RESERVATION OF RIGHTS**

7. The Cash Collateral Motion requests approval of a proposed budget through February 22, 2026, which includes a line item for "RENT/LEASES" in the total amount of $1,380,492 ("**Rent Line Item**"). On February 12, 2026, the Debtor filed an updated proposed budget [ECF No. 170], which reduced the Rent Line Item to $1,368,397. However, in both the initial and the updated budget, the Rent Line Item is silent as to the allocation and disposition of the subject funds, including which rent/leases are included in the proposed payment amount, and whether the Rent Line Item includes payments for non-commercial real property leases, and for what period such payments cover.

8. Lessors do not generally object to the Debtor's proposed use of cash collateral. However, Lessors request clarification on the portion of the Rent Line Item allocated to each of the Leases and requests a provision in any order approving the Cash Collateral Motion that required the Debtor to pay lease obligations as required by section 365(d)(3) of the Bankruptcy Code.

9. Lessors reserve their rights to be paid all cure claims that become due and owing to Lessors under section 365 of the Bankruptcy Code if and when the Debtor seeks to assume the Leases. As such, Lessors object to any adequate protection lien or other rights granted to Lenders in connection with Debtor's use of cash collateral.

**DEMAND FOR PAYMENT OF LEASE OBLIGATIONS**

10. Section 365 of the Bankruptcy Code requires a debtor in possession to timely perform its obligations under a lease of nonresidential real property until such time as -- and regardless of whether -- the lease is ultimately assumed or rejected. As such, Lessors request

that any order arising from the Cash Collateral Motion direct the Debtor to make such payments.

WHEREFORE, the Lessors respectfully request that this Court (i) require that any order approving use of cash collateral on either an interim or final basis provide for payment in full of all obligations under the Leases and (ii) grant such other and further relief as the Court deems appropriate.

Dated: Tampa, Florida
       February 17, 2026

    BUSH ROSS, P.A.
Post Office Box 3913
Tampa, Florida  33601-3913
(813) 224-9255 (telephone)
(813) 223-9620 (telecopy)
*Counsel for LDP Bailey Road, LLC,*
*FLI Properties, LLC, and*
*LLD Family Properties II, LLC*

By:    /s/ Kathleen L. DiSanto
      Kathleen L. DiSanto, Esq.
      Florida Bar No. 58512
      kdisanto@bushross.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 17, 2026, I electronically filed a true and correct copy of the foregoing *Lessors' Limited Objection and Reservation of Rights to the Debtor's Emergency Motion for Interim and Final Orders (I) Authorizing Postpetition Use of Cash Collateral, (II) Granting Adequate Protection to the Lenders, (III) Scheduling a Final Hearing, and (IV) Granting Related Relief and Demand for Payment of Rents* with the Clerk of the United States Bankruptcy Court for the Southern District of Florida by using the CM/ECF system, which sent automatic email notices of electronic filing to all parties indicated below:

**Via the CM/ECF system which will send a Notice of Electronic Filing to:**

- **Eric N Assouline**   ena@assoulineberlowe.com, ah@assoulineberlowe.com
- **Terence G Banich**   terence.banich@katten.com
- **Paul J. Battista**   pjbattista@venable.com, cascavone@venable.com;jnunez@venable.com;imalcolm@venable.com;heburke@venable.com;imalcolm@ecf.courtdrive.com
- **Seth N Benes**   seth@lwlawfla.com, claudia@lwlawfla.com;Pleadings@lwlawfla.com
- **Joseph P. Briggett**   jbriggett@bakerdonelson.com, jbowers@bakerdonelson.com
- **Jacqueline Calderin**   jc@agentislaw.com, bankruptcy@agentislaw.com;nsocorro@agentislaw.com
- **Helbert Antonio Canales-Rojas**   hcanalesrojas@bakerdonelson.com, mymarks@bakerdonelson.com
- **Ronald S Canter**   rcanter@roncanterllc.com
- **Lisa Caryl Cohen**   lcohen@ruffcohen.com
- **Michael P Dunn**   michael.dunn@dunnlawpa.com, rbasnueva@dunnlawpa.com;tudani@dunnlawpa.com;lrodriguez@dunnlawpa.com;mflores@dunnlawpa.com
- **Raye C Elliott**   raye.elliott@akerman.com, jennifer.meehan@akerman.com;ava.hill@akerman.com
- **Kevin A Forsthoefel**   kforsthoefel@ausley.com, kreffitt@ausley.com
- **David L. Gay**   dgay@carltonfields.com, cguzman@carltonfields.com;efile@ecf.inforuptcy.com;miaecf@cfdom.net
- **Mark A Gilbert**   mark.gilbert@colemantalley.com
- **Joe M. Grant**   jgrant@loriumlaw.com, jenna-munsey-6083@ecf.pacerpro.com;jyoung@loriumlaw.com;acabello@loriumlaw.com
- **Jordi Guso**   jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.courtdrive.com

- **Malinda L Hayes**  malinda@mlhlawoffices.com, hayes.malindab120631@notify.bestcase.com;hayes.malindab120631@notify-prod.bestcase.com;yamile@mlhlawoffices.com
- **Samuel W Hess**  shess@slp.law, dwoodall@slp.law;pmouton@slp.law;shess@ecf.courtdrive.com;mortman@slp.law
- **Michael S Hoffman**  mhoffman@lessnehoffman.law, mhoffman@ecf.courtdrive.com
- **Erin M Hoskins**  ehoskins@bergersingerman.com, efile@bergersingerman.com;efile@ecf.courtdrive.com
- **Jason Ward Johnson**  jjohnson@gunster.com, dmowery@gunster.com
- **Matthew S Kish**  mkish@sbwh.law, mlarhzal@sbwh.law;r65072@notify.bestcase.com
- **Harris J. Koroglu**  hkoroglu@shutts.com, mcabo@shutts.com;bvelapoldi@shutts.com;fsantelices@shutts.com
- **Brett D Lieberman**  brett@elrolaw.com, eservice@elrolaw.com;tisha@elrolaw.com;virginia@elrolaw.com;denissis@elbizlaw.com
- **William J Maguire**  william@maguire-law.com, assistant@maguire-law.com
- **Paul N Mascia**  pmascia@nardellalaw.com, klynch@nardellalaw.com;msayne@nardellalaw.com
- **Kenneth Mather**  kmather@gunster.com, tbacchus@gunster.com;mweaver@gunster.com
- **Brian K. McMahon**  briankmcmahon@gmail.com
- **Glenn D Moses**  gmoses@venable.com, cascavone@venable.com;ipmalcolm@venable.com;jnunez@venable.com;imalcolm@ecf.courtdrive.com;btraina@venable.com
- **Joel F. Newell**  newellj@ballardspahr.com, phxlsateam@ballardspahr.com
- **Office of the US Trustee**  USTPRegion21.MM.ECF@usdoj.gov
- **Gregory Ohl**  gregory.ohl@colemantalley.com, janet.valdes@colemantalley.com
- **Chad S Paiva**  trustee.paiva@gmail.com, michaelbollingpa@gmail.com,simone@fenderbollingpaiva.com
- **L William Porter III**  bporter@lathamluna.com
- **Stephen B Porterfield**  stephen.porterfield@dentons.com, jan.pack@dentons.com;candice.stanford@dentons.com
- **Robert J. Powell**  rpowell@moorheadlaw.com, heidi@moorheadlaw.com;bbangle@moorheadlaw.com
- **Jordan L Rappaport**  office@rorlawfirm.com, 1678370420@filings.docketbird.com
- **David A Ray**  dar@trippscott.com, draycmecf@gmail.com;dar@trippscott.com;aaa@trippscott.com;bankruptcy@trippscott.com
- **Dana Lee Robbins-Boehner**  drobbins@burr.com, mguerra@burr.com;kkearney@burr.com
- **Gail M. Ruiz**  gailruiz@att.net
- **Luis Salazar**  lsalazar@coleschotz.com, luis-salazar-4791@ecf.pacerpro.com;lsalazar@coleschotz.com;JCeide@coleschotz.com;LLorenz

- o@coleschotz.com;Aleesin@coleschotz.com;DFernandez@coleschotz.com;EVazquez@coleschotz.com
- **Jeffrey N Schatzman**  notices@schatzmanlaw.com, g2251@notify.cincompass.com;schatzman.jeffreyn.b105574@notify.bestcase.com
- **Steven D Schneiderman**  Steven.D.Schneiderman@usdoj.gov
- **David B Shemano**  dshemano@shemanolaw.com, mkolcun@robinskaplan.com;cweiner@robinskaplan.com
- **Bradley S Shraiberg**  bss@slp.law, dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law;mortman@slp.law
- **R Scott Shuker**  rshuker@shukerdorris.com, atillman@shukerdorris.com;mfranklin@shukerdorris.com;lstricker@shukerdorris.com;wtownsend@shukerdorris.com
- **Eric J Silver**  esilver@stearnsweaver.com, jless@stearnsweaver.com;fsanchez@stearnsweaver.com;cgraver@stearnsweaver.com;mfernandez@stearnsweaver.com
- **Paul Steven Singerman**  singerman@bergersingerman.com, hmoreno@bergersingerman.com;efile@bergersingerman.com;efile@ecf.courtdrive.com
- **Jason Slatkin**  jslatkin@loriumlaw.com, ecf.jslatkin@loriumlaw.com
- **David R Softness**  david@softnesslaw.com
- **Nicolaos Soulellis**  nsoulellis@gunster.com, tbacchus@gunster.com;mweaver@gunster.com
- **James S Telepman**  jst@cohennorris.com
- **Seth P Traub**  straub@shumaker.com, dmccabe@shumaker.com
- All parties who receive electronic service via the CM/ECF system

/s/ Kathleen L. DiSanto  
ATTORNEY