UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

SAILORMEN, INC.,                                     Case No. 26-10451-RAM
                                                                      Chapter 11

        Debtor.
_____/

**THE SCHEFSKY FAMILY REVOCABLE TRUST'S LIMITED OBJECTION TO DEBTOR'S FIRST OMNIBUS MOTION TO REJECT UNEXPIRED LEASES**

Landlord/Creditor The Schefsky Family Revocable Trust ("**SFRT**") files this Limited Objection to the Debtor's First Omnibus Motion of the Debtor and Debtor-in-Possession for Entry of an Order (I) Authorizing Rejection of Unexpired Leases, and (II) Setting a Deadline for the Filing of Rejection Claims (Dkt. No. 82) (the "**Motion to Reject**") and states:

**Background**

1. On or about December 30, 2022, the Debtor entered into a lease (the "**Lease**") with SFRT for real property located at 2797 SE Hwy 70, Arcadia, FL 34266 (the "**Leased Premises**").

2. Before filing for bankruptcy, the Debtor defaulted under the Lease by failing to pay rent.

3. The Debtor filed its bankruptcy petition on January 15, 2026 (the "**Petition Date**").

4. The Motion to Reject proposes to reject SFRT's Lease effective as of the Petition Date.

**Basis for Limited Objection**

5. The Debtor should not be permitted to reject SFRT's Lease effective as of the Petition Date because it has not surrendered possession or control of the Leased Premises to SFRT.

If the Court permits rejection, the effective date should be no earlier than the date the Debtor actually surrenders possession.

6. If the Court grants the Motion to Reject, the rejection order should require the Debtor to surrender possession of the Leased Premises to SFRT immediately.

7. The proposed order attached to the Motion to Reject requires rejection damages claims to be filed within 30 days of the order. This deadline does not comply with Local Rule 6006-1, which sets the deadline at the later of (a) 30 days from the date of the rejection order, or (b) the claims bar date. The Court should modify the proposed order to conform to Local Rule 6006-1.

Dated: February 19, 2026

**LESSNE HOFFMAN, PLLC**
Counsel for SFRT
100 SE 3rd Avenue, 10th Floor
Fort Lauderdale, Florida 33394
Tel: 954-372-5759
Email: mhoffman@lessnehoffman.law

By: */s/ Michael S. Hoffman*
    Michael S. Hoffman
    Florida Bar No. 41164

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing notice has been filed with the Court and furnished via transmission of Notices of Electronic Filing on all counsel of record or pro se parties identified on the CM/ECF service list maintained by the Court in this case on February 19, 2026.

By: */s/ Michael S. Hoffman*
    Michael S. Hoffman