UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

CASE NO. 26-10451-RAM

In Re:                                                    Chapter 11

SAILORMEN, INC.

_____/

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PLEADINGS AND OTHER PAPERS

Stephanie L. Hauser, Esq. and the law firm of Levine Kellogg Lehman Schneider + Grossman LLP hereby appear as counsel for Mark Reineri and Jonathan Marmolejos, and file this *Notice of Appearance and Request for Service of Pleadings and Other Papers* (the "Notice"), pursuant to section 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and respectfully request, pursuant to section 1109(b) of the Bankruptcy Code and Bankruptcy Rules 2002, 9007 and 9010, that copies of all notices and pleadings given or requested to be served in this case be served upon the undersigned attorney at the following address:

**STEPHANIE L. HAUSER**
**LEVINE KELLOGG LEHMAN SCHNEIDER + GROSSMAN LLP**
Miami Tower, 36th Floor
100 Southeast Second Street
Miami, Florida 33131
Tel: (305) 403-8788
Fax: (305) 403-8789
Primary:  slh@lklsg.com
Secondary:  ame@lklsg.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant section 1109(b) of the Bankruptcy Code and Rule 2002 of the Bankruptcy Rules, this request includes not only the notices and  papers referred to in the Bankruptcy Rules specified above but also includes, without limitation, any notice, application, motion, petition, complaint, demand, hearing, pleading, request, disclosure statement or plan of reorganization, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, facsimile transmission, email, Internet or otherwise filed or given with regard to this case and proceedings therein, or that affects or seeks to affect in any way any rights or interests of any party in interest in this case with respect thereto.

**PLEASE TAKE FURTHER NOTICE** that, neither this Notice nor any subsequent appearance, pleading, claim or suit is intended or shall be deemed a waiver of any rights of Mark Reineri and Jonathan Marmolejos: (i) to have final orders in non-core matters entered only after *de novo* review by a United States District Court; (ii) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related hereto; (iii) to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (iv) to object to any jurisdiction of this Court for any purpose other than with respect to this Notice; or (v) to any rights, claims, actions, defenses, setoffs, recoupments or remedies to which Creditor is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, recoupments and remedies Mark Reineri and Jonathan Marmolejos expressly reserve hereby.

Dated: March 3, 2026

Respectfully submitted,

**LEVINE KELLOGG LEHMAN SCHNEIDER + GROSSMAN LLP**
Miami Tower, 36th Floor
100 Southeast Second Street
Miami, Florida 33131
Tel: (305) 403-8788
Fax: (305) 403-8789
*Attorneys for Mark Reineri and*
*Jonathan Marmolejos*

By: /s/ *Stephanie L. Hauser, Esq.*
     STEPHANIE L. HAUSER
     Florida Bar No. 92765
     Primary: slh@lklsg.com;
     Secondary: ame@lklsg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 3, 2026, a true and correct copy of the foregoing was served by electronic transmission through the Court's CM/ECF system upon all parties registered to receive electronic notice in this case as reflected on the attached Electronic Mail Service List.

By: /s/*Stephanie L. Hauser,, Esq.*
     STEPHANIE L. HAUSER

3