**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re:

SAILORMEN, INC.,                                                      Case No. 26-10451-RAM

      Debtor.                                                      Chapter 11

_____/

**LANDLORD ORANGE WAY PROPERTIES LLC'S OBJECTION**
**TO CURE NOTICE AND ASSUMPTION AND ASSIGNMENT OF LEASE**

Landlord, Orange Way Properties LLC, a Florida limited liability company (referred to herein as "Landlord"), files this Objection to the Debtor's *Motion to Sell Free and Clear of Liens ((I) Substantially All of the Debtor's Assets Free and Clear of Liens, Claims, Encumbrances, and Interests and (II) the Assignment and Assumption of Certain Executory Contracts and Unexpired Leases) pursuant to 11 USC 363(f)* [D.E. 396] (referred to herein as the "Motion to Assume") and *Notice of Possible Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with Sale* [Schedule G to D.E. 543] (referred to herein as the "Cure Notice") and states:

1.      Landlord is the commercial landlord for the Debtor's store located at 2015 North Wickham Road, Melbourne, FL 32935 (referred to herein as the "Premises") (listed in the Cure Notice as Store No. 14479).

2.      On or about May 18, 2026, the Debtor served the Cure Notice as to the Motion to Assume. The Cure Notice lists the unexpired leases the Debtor may assume and assign in connection with the sale of its assets, along with the related cure amounts for purposes of 11 U.S.C. 365.

00555.0001

3.      The Cure Notice lists a cure amount of $68,784.38 for Landlord's lease. That amount is incorrect.

4.      The actual cure amount is $78,753.09 (plus an additional, estimated amount of $6,312.50), calculated as follows:

| | |
|---|---|
| Cure amount as of date of Petition, which includes the 2025 Real Estate Taxes Paid by Landlord | $51,894.03 |
| Maguire Law Chartered Bankruptcy Legal Fees and Costs Incurred from Date of Petition to May 31, 2026 (Invoices available upon request) | $26,859.06 |
| Maguire Law Chartered Estimated Legal Fees and Costs from June 1, 2026, through June 18, 2026 | $6,312.50 |

5.      Accordingly, Landlord objects to the Motion to Assume and the Cure Notice, and to the proposed assumption and assignment of Landlord's lease thereunder, unless and until the correct cure amount is paid in full.

6.      In addition, at the time of any proposed assumption of the Lease, the Debtor is required to show adequate assurance of the cure of the defaults under the Lease. 11 U.S.C. 365(b)(1)(A). The Debtor has not provided adequate assurance with adequate or meaningful notice to Landlord and the opportunity for Landlord to be heard as to any proposed assumption and assignment under the Motion to Assume and/or the Cure Notice, as the Debtor has not timely provided notice of the assumption and assignment terms.

7.      Landlord reserves the right to revise and supplement this objection before the closing of any sale and/or the latest time allowable by applicable law.

WHEREFORE, Landlord respectfully requests that this Honorable Court enter its Order:

        A.      sustaining this objection;

        B.      requiring the Debtor to cure and pay all above-referenced amounts (including

2

00555.0001

any actual, additional legal fees and costs incurred) as a condition to any assumption;

C.    requiring the Debtor to timely provide adequate assurance information to Landlord, with adequate or meaningful notice to Landlord and the opportunity for Landlord to be heard; and

D.    granting Landlord all such other and further relief as this Honorable Court deems just and proper.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that a true and correct copy of the foregoing notice has been filed with the Court and furnished to all parties and/or counsel of record receiving CM/ECF notice on this 17th day of June, 2026.

**MAGUIRE LAW CHARTERED**
400 Columbia Drive, Suite 100
West Palm Beach, FL 33409
T 561-687-8100   F 561-687-8103
Attorney for Landlord

/s/ William J. Maguire
William J. Maguire
Fla. Bar No. 072112
Primary E-mail: william@maguire-law.com
Secondary E-mail: danielle@maguire-law.com
Secondary E-mail: service@maguire-law.com

3

00555.0001