**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| SAILORMEN, INC.,[1] | ) Case No. 26-10451-RAM |
| | ) |
| Debtor. | ) |
| | ) |
| | ) Re: Docket No. 396 |

**LIMITED OBJECTION AND RESERVATION OF RIGHTS OF BMO BANK N.A.,**
**AS ADMINISTRATIVE AGENT, REGARDING SALE MOTION**

BMO Bank N.A., in its capacity as administrative agent ("Prepetition Agent") for the senior secured lenders (the "Prepetition Secured Lenders," and collectively with Prepetition Agent, the "Prepetition Secured Parties") under a prepetition senior secured credit facility provided to Sailormen, Inc. ("Debtor"), respectfully submits this reservation of rights (this "Reservation of Rights") regarding the *Motion of the Debtor and Debtor-In-Possession for Entry of an Order Authorizing and Approving (I) the Sale of Substantially All of the Debtor's Assets Free and Clear of Liens, Claims, Encumbrances, and Interests and (II) the Assignment and Assumption of Certain Executory Contracts and Unexpired Leases* [Dkt. No. 396] (the "Sale Motion").[2] In support of this Reservation of Rights, Prepetition Agent states as follows:

**RESERVATION OF RIGHTS**

1.      On March 20, 2026, the Court entered the *Order (I) Approving Bidding Procedures for the Sale of all or Substantially all the Debtor's Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests; (II) Approving the Form of Asset Purchase Agreement; (III) Authorizing the Debtor to Enter Into Stalking Horse Agreements and Approving Bid Protections*

---

[1] The last four digits of Debtor's federal tax identification number are 5214.

[2] Capitalized terms used but not defined herein have the definitions ascribed in the Sale Motion.

1

*for Stalking Horse Bidders; (IV) Approving Procedures for Assumption and Assignment of Executory Contracts and Unexpired Leases; (V) Scheduling an Auction for, and Hearing to Approve, the Sale of All or Substantially All of the Debtor's Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests; (VI) Approving the Form and Manner of Sale Notice; and (VII) Granting Related Relief* [Dkt. No. 378] (the "Bidding Procedures Order"), pursuant to which the Debtor is authorized to conduct a sale process for substantially all of Debtor's assets, including, among other things, an Auction.

2. Debtor then filed the Sale Motion on March 25, 2026 seeking, among other things, this Court's authorization to sell assets free and clear of all liens, claims, encumbrances and interests pursuant to section 363 of the Bankruptcy Code.

3. Debtor has been conducting the Auction during June 15 through June 17, 2026, and the Auction is ongoing as of the time of this filing. During the Auction, Debtor announced the winning bids and bid amounts for Debtor's assets, and Debtor, Prepetition Agent, Popeye's Louisiana Kitchen, Inc. and the Official Committee of Unsecured Creditors expect to finalize certain agreements related to the Sale Motion which will be stated on the record (as to be agreed, the "Sale Motion Settlement").

4. In addition to the Sale Motion Settlement, the parties in this case have not yet resolved, and this Court has not yet adjudicated, all matters regarding determination of amounts necessary to cure any monetary defaults in connection with the assumption and assignment of Potential Assumed Contracts ("Cures") in connection with the proposed Sale(s). This is important because under each asset purchase agreement memorializing each bid, the Debtor, as seller, is obligated to pay the Cures. To the extent that assumption and assignment of Potential Assumed Contracts in connection with one or more Sales would obligate the Debtor to pay Cures in an

amount that results in negative proceeds to Debtor's estate, Prepetition Agent further objects to such Sale(s).

5.      Accordingly, Prepetition Agent requests that any order approving the Sale Motion expressly provide that, absent the consent of the Prepetition Agent and the Committee, Debtor is not authorized to consummate any Sale(s) that would result in negative cash proceeds to the estate (i.e., that would require the estate to contribute cash at closing to consummate the Sale(s)).

6.      Prepetition Agent reserves all rights to object to any proposed Sale or Sales of Debtor's assets on terms not consistent with the Sale Motion Settlement.

Date: June 17, 2026                           Respectfully Submitted,

                                              BERGER SINGERMAN LLP
                                              *Local Counsel for BMO Bank N.A., as*
                                              *Administrative Agent*
                                              1450 Brickell Avenue, Suite 1900
                                              Miami, Florida 33131
                                              Telephone: (305) 755-9500
                                              Facsimile: (305) 714-4340

                                              By: */s/ Paul Steven Singerman*
                                                     Paul Steven Singerman
                                                     Florida Bar No. 378860
                                                     singerman@bergersingerman.com
                                                     Jordi Guso
                                                     Florida Bar No. 863580
                                                     jguso@bergersingerman.com
                                                     Erin M. Hoskins
                                                     Florida Bar No. 1003283
                                                     ehoskins@bergersingerman.com

                                              -and-

3

Peter P. Knight (admitted pro hac vice)
Terence G. Banich (admitted pro hac vice)
Alexander L. Norman (admitted pro hac vice)
Katten Muchin Rosenman LLP
525 W. Monroe Street
Chicago, Illinois 60661-3693
Telephone: 312.902.5200
Email:  peter.knight@katten.com
        terence.banich@katten.com
        alex.norman@katten.com

*Attorneys for BMO Bank N.A., as Prepetition Agent*