UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re: SAILORMEN, INC.,                                Case No.:26-10451-RAM

                                                       Chapter 11

              Debtor.

_____/

**LIMITED OBJECTION AND RESERVATION OF RIGHTS OF MARK J. FREITAG, TRUSTEE OF THE FREITAG TRUST OF 1988, UAD 3/9/88 AND MARK J. FREITAG, TRUSTEE OF THE FREITAG TRUST OF 2011, UAD 11/15/2011 REGARDING SALE MOTION [DKT. NO. 396]**

Mark J. Freitag, Trustee of The Freitag Trust of 1988, UAD 3/9/88 and Mark J. Freitag, Trustee of The Freitag Trust of 2011, UAD 11/15/2011 (hereinafter the Freitag Trusts), together being the Landlord of Store No. 230 located at 2062 SR 19, Tavares, Florida, through their undersigned attorney, respectfully submit this reservation of rights and limited objection to the provision of adequate assurance regarding the *Motion of the Debtor and Debtor-In-Possession for Entry of an Order Authorizing and Approving (I) the Sale of Substantially All of the Debtor's Assets Free and Clear of Liens, Claims, Encumbrances, and Interests and (II) the Assignment and Assumption of Certain Executory Contracts and Unexpired Leases* [Dkt. No. 396] (the "Sale Motion") and would show the Court as follows:

1. The Frietag Trusts, through their undersigned attorney, previously requested information regarding the ability of any Successful Bidder at the proposed auction to provide adequate assurance for assumption of their lease. At approximately 8:30 this evening, the undersigned received limited information regarding adequate assurance of the successful bidder.

2.  The Debtor subsequently filed *Debtor's Second Notice of Successful Bidders and Back-Up Bidder* (Dkt. No. 675, the "Second Notice").  The Second Notice indicates who the Successful Bidder is for the "Orlando Region" stores.

3.  According to the Sale Motion, the deadline for all landlords to object to the Successful Bidder's ability to provide adequate assurance of future performance expired earlier today at 12:00 p.m.  As expressed by several other landlords, The Frietag Trusts have not had sufficient time and have not been provided with sufficient information to determine whether the Successful Bidder can provide adequate assurance for the assumption of their lease.

4.  It would be appropriate for all landlords who have requested adequate assurance information to be given additional time, preferably until Monday, June 22, by 5:00 p.m., to file an objection to the Sale.  The provision of this additional time should not result in any prejudice to the Debtor while at the same time insuring that the rights of the landlords are reasonably protected.

5.  The Frietag Trusts reserve the right to amend this objection.

WHEREFORE, the Frietag Trusts request that this Court deny the assumption and assignment of the lease with the Debtor, unless the following conditions are imposed:

(a) adequate notice be provided so that The Frietag Trusts, and all landlords, will have sufficient time to review adequate assurance information prior to the deadline for the filing of an objection; and

(b) the establishment of a new deadline for the filing of objections to the provision

2

of adequate assurance of the Successful Bidders.

>RUFF & COHEN, P. A.
>4010 Newberry Road, Suite G
>Gainesville, Florida  32607
>Telephone: (352) 376-3601
>Facsimile: (352) 378-1261
>Attorneys for Mark J. Freitag, Trustee of
>The Freitag Trust of 1988, UAD 3/9/88 and
>Mark J. Freitag, Trustee of The Freitag Trust
>Of 2011, UAD 11/15/2011
>
>By: /s/ Lisa C. Cohen
>     Lisa C. Cohen
>     Florida Bar No. 558291
>     lcohen@ruffcohen.com

## CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)(1)

I HEREBY CERTIFY that I am admitted to he Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice I this Court as set forth in Local Rule 2090-1(A).on February 5, 2026, a true and correct copy of the foregoing has been furnished by electronic mail, via CM/ECF to all parties registered to electronic notice on this matter.

>/s/ Lisa C. Cohen
>Lisa C. Cohen

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 17, 2026, a true and correct copy of the foregoing was served by electronic mail, via CM/ECF, to all parties registered to receive electronic notice in this case.

>/s/ Lisa C. Cohen
>Lisa C. Cohen

3