**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**In  Re:  Sailormen, Inc.**                    **Case No.: 26-10451-RAM**
                                                **Chapter 11**

                    **Debtor.**

_____/

**SUPPLEMENT TO THE LIMITED OBJECTION TO THE MOTION OF THE DEBTOR
AND DEBTOR-IN-POSSESSION FOR ENTRY OF AN ORDER AUTHORIZING AND
APPROVING THE SALE OF SUBSTANTIALLY ALL OF THE DEBTOR'S ASSETS
<u>FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS</u>**

Secured Creditor, St. Lucie County and the St. Lucie County Tax Collector (herein collectively referred to as "SLC"), by and through undersigned counsel, files this supplement to the limited objection pursuant to 11 U.S.C. §363 to the motion filed by the Debtor and Debtor-in-possession at DE#396 for the entry of an order authorizing the sale of substantially all of the Debtor's assets free and clear of liens, claims, encumbrances and interests ("Sale Motion") filed at DE#477, and would state as follows:

1.      On the Petition Date, the Debtor operated, and continues to operate, four Popeyes Louisiana Kitchen locations within the boundaries of St. Lucie County as follows:

   a.      1601 S. US Highway 1, Fort Pierce, FL
   b.      4946 S. 25th Street, Fort Pierce, FL
   c.      107 S. 25th Street, Fort Pierce, FL
   d.      9025 S. US Highway 1, Port St. Lucie, FL

2.      Among its responsibilities, SLC assesses and collects *ad valorem* tangible personal property ("TPP") taxes pursuant to Florida Statute Chapters 192 and 197.

3.      On February 25, 2026, SLC filed proofs of claim 54 through 57 for unpaid 2025 TPP for each of the four Debtor's locations referenced in paragraph 3 above. The claims are fully secured first priority liens under Florida Statute Chapter 197.122(1) and 11 U.S.C. §724(b), and the aggregate amount of the four claims is $13,930.07 plus

7

statutory interest at 18% per annum.

4.      The purpose of this supplement is to update the amount owed to SLC through June 30, 2026.

5.      As set forth on the attached updated tangible personal property tax bills attached hereto, the amount owed to SLC through June 30, 2026 for all four St. Lucie County stores is $14,644.93 as follows:

1. 1601 S US 1, Ft. Pierce, FL - $3,869.40
2. 4946 S 25th Street, Ft. Pierce, FL - $3,057.76
3. 107 S. 25th Street, Ft. Pierce, FL - $2,826.33
4. 9025 S. U.S. 1, Port St. Lucie, FL - $4,891.44.

The attached tax bills also set forth the amounts due for July and August 2026.

WHEREFORE, St. Lucie County and the St. Lucie County Tax Collector respectfully request that this Court enter an Order granting the relief requested herein, and requiring as a condition to the approval of the sale of the Debtor's assets under §363(f) full payment of the St. Lucie County 2025 tangible personal property taxes, payment of estimated pro-rated 2026 tangible personal property taxes at the sale closing, St. Lucie County's reasonable attorney's fees and costs at the sale closing, and for such other relief as the Court deems just and proper.

Dated: June 18, 2026.

Fender Bolling & Paiva, P.A.

*/s/ Chad. S. Paiva* _____
Chad S. Paiva, Esq.
FL Bar No. 788686
Attorney for St. Lucie County and
St. Lucie County Tax Collector
6526 S. Kanner Highway, #376
Stuart, FL 34997
P: 561-762-4118
E: trustee.paiva@gmail.com

8



**2025 TANGIBLE**

**Exemptions:**
TPP Exemption



**Scan this code to view and pay your bill online**

| **Account Number:** | **Alternate Key:** | **Escrow Code:** |
|---|---|---|
| 1000-0047837/2 | 1003085 | |

Sailormen Inc
Property Tax Dept
9200 South Dadeland Blvd
Fort Pierce, FL   33156

**Situs Address/Legal Description:**
1601 S US HIGHWAY 1, Fort Pierce
PERSONAL PROPERTY
1601 S US HIGHWAY 1

| Ad Valorem Taxes Taxing Authority | Telephone | Mill Rate | Assessed | Exemption | Taxable | Amount |
|---|---|---|---|---|---|---|
| Co Public Transit MSTU | 772-462-1670 | 0.2500 | 176,919 | 25,000 | 151,919 | 37.98 |
| Erosion District E | 772-462-1670 | 0.1000 | 176,919 | 25,000 | 151,919 | 15.19 |
| Law Enf,Jail,Judicial Sys | 772-462-1670 | 2.7294 | 176,919 | 25,000 | 151,919 | 414.65 |
| Co General Revenue Fund | 772-462-1670 | 4.1985 | 176,919 | 25,000 | 151,919 | 637.83 |
| Childrens Service Council | 772-408-1100 | 0.3685 | 176,919 | 25,000 | 151,919 | 55.98 |
| St Lucie Co Fire District | 772-621-3400 | 3.0000 | 176,919 | 25,000 | 151,919 | 455.76 |
| FL Inland Navigation Dist | 561-627-3386 | 0.0270 | 176,919 | 25,000 | 151,919 | 4.10 |
| City of Fort Pierce | 772-467-3000 | 6.9000 | 176,919 | 25,000 | 151,919 | 1,048.24 |
| School Discretionary | 772-429-3970 | 0.7480 | 176,919 | 25,000 | 151,919 | 113.64 |
| School Capital Improvemnt | 772-429-3970 | 1.5000 | 176,919 | 25,000 | 151,919 | 227.88 |
| School Req Local Effort | 772-429-3970 | 3.0480 | 176,919 | 25,000 | 151,919 | 463.05 |
| School Voter Referendum | 772-429-3970 | 1.0000 | 176,919 | 25,000 | 151,919 | 151.92 |
| Mosquito Control | 772-462-1670 | 0.1352 | 176,919 | 25,000 | 151,919 | 20.54 |
| S FL Wtr Mgmt District | 561-686-8800 | 0.2301 | 176,919 | 25,000 | 151,919 | 34.96 |

| Non-Ad Valorem Assessments Levying Authority | Telephone | Amount |
|---|---|---|



| | | |
|---|---|---|
| 2025 **Total Ad Valorem:** | | $3,681.72 |
| 2025 **Total Non-Ad Valorem:** | | $0.00 |
| 2025 **Combined Total Ad Valorem and Non-Ad Valorem:** | | $3,681.72 |

*Discount, if any, reflected in amount due below*

**2025 TANGIBLE**

**Account Number: 1000-0047837/2**

**PAY ONLY ONE AMOUNT**

| If Received By | Please Pay |
|---|---|
| Jun 30, 2026 | $3,869.40 |
| Jul 31, 2026 | $3,924.62 |
| Aug 31, 2026 | $3,979.85 |

For payment options and instructions, refer to the back of this notice.

Please provide your contact information here:
Email: _____
Phone: _____

*If the address below is not correct, visit **PASLC.gov** to update your address.

Sailormen Inc
Property Tax Dept
9200 South Dadeland Blvd
Fort Pierce, FL   33156

Make check payable to:
ST. LUCIE COUNTY TAX COLLECTOR
PO BOX 308
FORT PIERCE FL 34954-0308

022025 000000000000 0000100000478372 0000 0000368172 00000001200 0000 4



# IMPORTANT INFORMATION - PLEASE READ

Ad Valorem Taxes cover the period January 1 through December 31 of the tax year indicated on the front of this notice. Tax notices are mailed on or around November 1 and become delinquent on April 1. Failure to receive a tax notice does not extend discounts or excuse taxpayers' responsibilities to pay taxes and applicable penalties for late payments.

## GOVERNMENT OFFICE RESPONSIBILITIES

### St. Lucie County Tax Collector

The Tax Collector prints, mails and collects payments based on the tax rolls certified by the Property Appraiser and Levying Authorities.

Contact the Tax Collector to:
- Pay your current or delinquent property taxes
- Learn about partial payment, installment and homestead tax deferral plans
- Print your tax bills and receipts

**www.tcslc.com**

### St. Lucie County Property Appraiser

The Property Appraiser values properties and prepares and certifies the tax roll which includes assessed values, exemptions, legal description, assessed owner(s) name and mailing address.

Contact the Property Appraiser to:
- Ask questions about the assessed value or exemption of your property
- Change your mailing address
- File or check on homestead and other exemptions.

**www.paslc.gov**

### St. Lucie County Levying Authorities

A list of St. Lucie County levying authorities may appear on the front of this notice, and more information on each is available by scanning the code below.



## PAYMENT OPTIONS

**Save time… pay online! Scan the code to pay.**



**By Mail:**
P.O. Box 308
Fort Pierce, FL 34954-0308
*Checks payable to:*
St. Lucie County Tax Collector

**Dropbox or in-person:**
Fort Pierce:     2300 Virginia Avenue
Port St. Lucie:  1664 SE Walton Road
Tradition:        10264 SW Village Parkway

NOTICE TO TAXPAYERS ENTITLED TO HOMESTEAD EXEMPTION: Per Florida Statute, 197.252, any person who is entitled to claim homestead tax exemption may qualify for a deferred tax payment plan on homestead property. An application to determine eligibility is available in the county tax collector's office. The deadline to apply is March 31 following the year in which the taxes are assessed.

## DISCOUNTS

The amounts indicated on the front of this notice represent the total taxes and assessments due (if applicable) less discounts allowed for early payment. When the discount period ends on a weekend or holiday the discount is extended to the next business day. Taxes are due by March 31 of each year.

**4%** if paid in November

**3%** if paid in December

**2%** if paid in January

**1%** if paid in February

## DELINQUENT TAXES

Payment of delinquent taxes must be made in certified U.S. funds drawn on a U.S. bank. The amount due is determined by the date payment is received. Failure to pay delinquent taxes could result in the loss of your property. On April 1 the following charges are imposed by Florida law:

Real Estate: 3% minimum interest and advertising costs. A tax certificate sale is held on or before June 1 resulting in additional charges.

Tangible Personal Property: 18% interest annually, cost of advertising and fees. Tax warrants will be issued on all unpaid personal property taxes on or about June 1.

## PAYMENT PLANS

Pursuant to Florida Statute 197.222, you may elect to pay your property or tangible personal property taxes on a quarterly basis, through an installment plan, instead of paying the entire amount at once. Florida Statute also allows for taxpayers to make partial payments on current property taxes and current and delinquent tangible personal property taxes. An application and signature are required for payment plans.

## OUR MISSION

Our mission is to provide our neighbors the highest level of customer service through innovative technology and highly trained professionals while maintaining the public trust.

    



**2025 TANGIBLE**



**Scan this code** **to view and pay your bill online**

**Exemptions:**
TPP Exemption

**Account Number:** 1000-1035761

**Alternate Key:** 1035761

**Escrow Code:**

Sailormen, Inc
Property Tax Dept
9200 South Dadeland Blvd Suite
Miami, FL   33156

**Situs Address/Legal Description:**
4946 S 25TH ST, Saint Lucie County
PERSONAL PROPERTY
4946 S 25TH ST

| Ad Valorem Taxes Taxing Authority | Telephone | Mill Rate | Assessed | Exemption | Taxable | Amount |
|---|---|---|---|---|---|---|
| St Lucie Co Storm Wtr Mgt | 772-462-1670 | 0.4731 | 176,713 | 25,000 | 151,713 | 71.78 |
| Co Public Transit MSTU | 772-462-1670 | 0.2500 | 176,713 | 25,000 | 151,713 | 37.93 |
| Erosion District E | 772-462-1670 | 0.1000 | 176,713 | 25,000 | 151,713 | 15.17 |
| Law Enf,Jail,Judicial Sys | 772-462-1670 | 2.7294 | 176,713 | 25,000 | 151,713 | 414.09 |
| Co General Revenue Fund | 772-462-1670 | 4.1985 | 176,713 | 25,000 | 151,713 | 636.97 |
| St Lucie Co Comm Dev MSTU | 772-462-1670 | 0.5000 | 176,713 | 25,000 | 151,713 | 75.86 |
| Law Enforcement MSTU | 772-462-1670 | 0.8403 | 176,713 | 25,000 | 151,713 | 127.48 |
| Childrens Service Council | 772-408-1100 | 0.3685 | 176,713 | 25,000 | 151,713 | 55.91 |
| St Lucie Co Fire District | 772-621-3400 | 3.0000 | 176,713 | 25,000 | 151,713 | 455.14 |
| FL Inland Navigation Dist | 561-627-3386 | 0.0270 | 176,713 | 25,000 | 151,713 | 4.10 |
| School Discretionary | 772-429-3970 | 0.7480 | 176,713 | 25,000 | 151,713 | 113.48 |
| School Capital Improvemnt | 772-429-3970 | 1.5000 | 176,713 | 25,000 | 151,713 | 227.57 |
| School Req Local Effort | 772-429-3970 | 3.0480 | 176,713 | 25,000 | 151,713 | 462.42 |
| School Voter Referendum | 772-429-3970 | 1.0000 | 176,713 | 25,000 | 151,713 | 151.71 |
| Mosquito Control | 772-462-1670 | 0.1352 | 176,713 | 25,000 | 151,713 | 20.51 |
| S FL Wtr Mgmt District | 561-686-8800 | 0.2301 | 176,713 | 25,000 | 151,713 | 34.91 |

| Non-Ad Valorem Assessments Levying Authority | Telephone | Amount |
|---|---|---|

| | | |
|---|---|---|
| 2025 **Total Ad Valorem:** | | $2,905.03 |
| 2025 **Total Non-Ad Valorem:** | | $0.00 |
| 2025 **Combined Total Ad Valorem and Non-Ad Valorem:** | | $2,905.03 |

*Discount, if any, reflected in amount due below*

**2025 TANGIBLE**

### PAY ONLY ONE AMOUNT

| If Received By | Please Pay |
|---|---|
| Jun 30, 2026 | $3,057.76 |
| Jul 31, 2026 | $3,101.33 |
| Aug 31, 2026 | $3,144.91 |

For payment options and instructions, refer to the back of this notice.

**Account Number: 1000-1035761**

Please provide your contact information here:
Email: _____
Phone: _____

*If the address below is not correct, visit **PASLC.gov** to update your address.

Sailormen, Inc
Property Tax Dept
9200 South Dadeland Blvd Suite
Miami, FL   33156

Make check payable to:
ST. LUCIE COUNTY TAX COLLECTOR
PO BOX 308
FORT PIERCE FL 34954-0308

022025 000000000000 000001001035761 0000 00000290503 00000001200 0000 7



## IMPORTANT INFORMATION - PLEASE READ

Ad Valorem Taxes cover the period January 1 through December 31 of the tax year indicated on the front of this notice. Tax notices are mailed on or around November 1 and become delinquent on April 1. Failure to receive a tax notice does not extend discounts or excuse taxpayers' responsibilities to pay taxes and applicable penalties for late payments.

## GOVERNMENT OFFICE RESPONSIBILITIES

### St. Lucie County Tax Collector

The Tax Collector prints, mails and collects payments based on the tax rolls certified by the Property Appraiser and Levying Authorities.

Contact the Tax Collector to:
- Pay your current or delinquent property taxes
- Learn about partial payment, installment and homestead tax deferral plans
- Print your tax bills and receipts

**www.tcslc.com**

### St. Lucie County Property Appraiser

The Property Appraiser values properties and prepares and certifies the tax roll which includes assessed values, exemptions, legal description, assessed owner(s) name and mailing address.

Contact the Property Appraiser to:
- Ask questions about the assessed value or exemption of your property
- Change your mailing address
- File or check on homestead and other exemptions.

**www.paslc.gov**

### St. Lucie County Levying Authorities

A list of St. Lucie County levying authorities may appear on the front of this notice, and more information on each is available by scanning the code below.



## PAYMENT OPTIONS



**Save time… pay online! Scan the code to pay.**

**By Mail:**
P.O. Box 308
Fort Pierce, FL 34954-0308
*Checks payable to:*
St. Lucie County Tax Collector

**Dropbox or in-person:**
Fort Pierce:      2300 Virginia Avenue
Port St. Lucie:  1664 SE Walton Road
Tradition:         10264 SW Village Parkway

NOTICE TO TAXPAYERS ENTITLED TO HOMESTEAD EXEMPTION: Per Florida Statute, 197.252, any person who is entitled to claim homestead tax exemption may qualify for a deferred tax payment plan on homestead property. An application to determine eligibility is available in the county tax collector's office. The deadline to apply is March 31 following the year in which the taxes are assessed.

## DISCOUNTS

The amounts indicated on the front of this notice represent the total taxes and assessments due (if applicable) less discounts allowed for early payment. When the discount period ends on a weekend or holiday the discount is extended to the next business day. Taxes are due by March 31 of each year.

**4%** if paid in November

**3%** if paid in December

**2%** if paid in January

**1%** if paid in February

## DELINQUENT TAXES

Payment of delinquent taxes must be made in certified U.S. funds drawn on a U.S. bank. The amount due is determined by the date payment is received. Failure to pay delinquent taxes could result in the loss of your property. On April 1 the following charges are imposed by Florida law:

Real Estate: 3% minimum interest and advertising costs. A tax certificate sale is held on or before June 1 resulting in additional charges.

Tangible Personal Property: 18% interest annually, cost of advertising and fees. Tax warrants will be issued on all unpaid personal property taxes on or about June 1.

## PAYMENT PLANS

Pursuant to Florida Statute 197.222, you may elect to pay your property or tangible personal property taxes on a quarterly basis, through an installment plan, instead of paying the entire amount at once. Florida Statute also allows for taxpayers to make partial payments on current property taxes and current and delinquent tangible personal property taxes. An application and signature are required for payment plans.

## OUR MISSION

Our mission is to provide our neighbors the highest level of customer service through innovative technology and highly trained professionals while maintaining the public trust.

    



**2025 TANGIBLE**



**Scan this code to view and pay your bill online**

**Exemptions:**
TPP Exemption

**Account Number:** 1000-020133
**Alternate Key:** 1020123
**Escrow Code:**

Sailormen Inc
Property Tax Dept
9200 South Dadeland Blvd Suite 600
Miami,, FL   33156

**Situs Address/Legal Description:**
107 S 25TH ST, Fort Pierce
PERSONAL PROPERTY
107 S 25TH ST

| Ad Valorem Taxes Taxing Authority | Telephone | Mill Rate | Assessed | Exemption | Taxable | Amount |
|---|---|---|---|---|---|---|
| Co Public Transit MSTU | 772-462-1670 | 0.2500 | 135,733 | 25,000 | 110,733 | 27.68 |
| Erosion District E | 772-462-1670 | 0.1000 | 135,733 | 25,000 | 110,733 | 11.07 |
| Law Enf,Jail,Judicial Sys | 772-462-1670 | 2.7294 | 135,733 | 25,000 | 110,733 | 302.23 |
| Co General Revenue Fund | 772-462-1670 | 4.1985 | 135,733 | 25,000 | 110,733 | 464.91 |
| Childrens Service Council | 772-408-1100 | 0.3685 | 135,733 | 25,000 | 110,733 | 40.81 |
| St Lucie Co Fire District | 772-621-3400 | 3.0000 | 135,733 | 25,000 | 110,733 | 332.20 |
| FL Inland Navigation Dist | 561-627-3386 | 0.0270 | 135,733 | 25,000 | 110,733 | 2.99 |
| City of Fort Pierce | 772-467-3000 | 6.9000 | 135,733 | 25,000 | 110,733 | 764.06 |
| School Discretionary | 772-429-3970 | 0.7480 | 135,733 | 25,000 | 110,733 | 82.83 |
| School Capital Improvemnt | 772-429-3970 | 1.5000 | 135,733 | 25,000 | 110,733 | 166.10 |
| School Req Local Effort | 772-429-3970 | 3.0480 | 135,733 | 25,000 | 110,733 | 337.51 |
| School Voter Referendum | 772-429-3970 | 1.0000 | 135,733 | 25,000 | 110,733 | 110.73 |
| Mosquito Control | 772-462-1670 | 0.1352 | 135,733 | 25,000 | 110,733 | 14.97 |
| S FL Wtr Mgmt District | 561-686-8800 | 0.2301 | 135,733 | 25,000 | 110,733 | 25.48 |

| Non-Ad Valorem Assessments Levying Authority | Telephone | Amount |
|---|---|---|

| | | |
|---|---|---|
| 2025 **Total Ad Valorem:** | | $2,683.57 |
| 2025 **Total Non-Ad Valorem:** | | $0.00 |
| 2025 **Combined Total Ad Valorem and Non-Ad Valorem:** | | $2,683.57 |

*Discount, if any, reflected in amount due below*

**2025 TANGIBLE**

**PAY ONLY ONE AMOUNT**

| If Received By | Please Pay |
|---|---|
| Jun 30, 2026 | $2,826.33 |
| Jul 31, 2026 | $2,866.58 |
| Aug 31, 2026 | $2,906.84 |

For payment options and instructions, refer to the back of this notice.

**Account Number: 1000-020133**

Please provide your contact information here:
Email: _____
Phone: _____

*If the address below is not correct, visit **PASLC.gov** to update your address.

Sailormen Inc
Property Tax Dept
9200 South Dadeland Blvd Suite 600
Miami,, FL   33156

Make check payable to:
ST. LUCIE COUNTY TAX COLLECTOR
PO BOX 308
FORT PIERCE FL 34954-0308

022025 000000000000 000001000020133 0000 00000268357 00000001200 0000 2



# IMPORTANT INFORMATION - PLEASE READ

Ad Valorem Taxes cover the period January 1 through December 31 of the tax year indicated on the front of this notice. Tax notices are mailed on or around November 1 and become delinquent on April 1. Failure to receive a tax notice does not extend discounts or excuse taxpayers' responsibilities to pay taxes and applicable penalties for late payments.

## GOVERNMENT OFFICE RESPONSIBILITIES

### St. Lucie County Tax Collector

The Tax Collector prints, mails and collects payments based on the tax rolls certified by the Property Appraiser and Levying Authorities.

Contact the Tax Collector to:
- Pay your current or delinquent property taxes
- Learn about partial payment, installment and homestead tax deferral plans
- Print your tax bills and receipts

**www.tcslc.com**

### St. Lucie County Property Appraiser

The Property Appraiser values properties and prepares and certifies the tax roll which includes assessed values, exemptions, legal description, assessed owner(s) name and mailing address.

Contact the Property Appraiser to:
- Ask questions about the assessed value or exemption of your property
- Change your mailing address
- File or check on homestead and other exemptions.

**www.paslc.gov**

### St. Lucie County Levying Authorities

A list of St. Lucie County levying authorities may appear on the front of this notice, and more information on each is available by scanning the code below.



## PAYMENT OPTIONS



**Save time… pay online! Scan the code to pay.**

**By Mail:**
P.O. Box 308
Fort Pierce, FL 34954-0308
*Checks payable to:*
St. Lucie County Tax Collector

**Dropbox or in-person:**
Fort Pierce:    2300 Virginia Avenue
Port St. Lucie: 1664 SE Walton Road
Tradition:       10264 SW Village Parkway

NOTICE TO TAXPAYERS ENTITLED TO HOMESTEAD EXEMPTION: Per Florida Statute, 197.252, any person who is entitled to claim homestead tax exemption may qualify for a deferred tax payment plan on homestead property. An application to determine eligibility is available in the county tax collector's office. The deadline to apply is March 31 following the year in which the taxes are assessed.

## DISCOUNTS

The amounts indicated on the front of this notice represent the total taxes and assessments due (if applicable) less discounts allowed for early payment. When the discount period ends on a weekend or holiday the discount is extended to the next business day. Taxes are due by March 31 of each year.

**4%** if paid in November

**3%** if paid in December

**2%** if paid in January

**1%** if paid in February

## DELINQUENT TAXES

Payment of delinquent taxes must be made in certified U.S. funds drawn on a U.S. bank. The amount due is determined by the date payment is received. Failure to pay delinquent taxes could result in the loss of your property. On April 1 the following charges are imposed by Florida law:

Real Estate: 3% minimum interest and advertising costs. A tax certificate sale is held on or before June 1 resulting in additional charges.

Tangible Personal Property: 18% interest annually, cost of advertising and fees. Tax warrants will be issued on all unpaid personal property taxes on or about June 1.

## PAYMENT PLANS

Pursuant to Florida Statute 197.222, you may elect to pay your property or tangible personal property taxes on a quarterly basis, through an installment plan, instead of paying the entire amount at once. Florida Statute also allows for taxpayers to make partial payments on current property taxes and current and delinquent tangible personal property taxes. An application and signature are required for payment plans.

## OUR MISSION

Our mission is to provide our neighbors the highest level of customer service through innovative technology and highly trained professionals while maintaining the public trust.

    



**2025 TANGIBLE**

**Exemptions:**
TPP Exemption



**Scan this code**
**to view and pay**
**your bill online**

**Account Number:** 1000-1036711    **Alternate Key:** 1036711    **Escrow Code:**

Sailormen Inc.
Property Tax Dept.
9200 South Dadeland Blvd
Miami, FL   33156

**Situs Address/Legal Description:**

9025 S US HIGHWAY 1, Port Saint Lucie
PERSONAL PROPERTY
9025 S US HIGHWAY 1

| Ad Valorem Taxes Taxing Authority | Telephone | Mill Rate | Assessed | Exemption | Taxable | Amount |
|---|---|---|---|---|---|---|
| Co Public Transit MSTU | 772-462-1670 | 0.2500 | 233,865 | 25,000 | 208,865 | 52.22 |
| Erosion District E | 772-462-1670 | 0.1000 | 233,865 | 25,000 | 208,865 | 20.89 |
| Law Enf,Jail,Judicial Sys | 772-462-1670 | 2.7294 | 233,865 | 25,000 | 208,865 | 570.08 |
| Co General Revenue Fund | 772-462-1670 | 4.1985 | 233,865 | 25,000 | 208,865 | 876.92 |
| Childrens Service Council | 772-408-1100 | 0.3685 | 233,865 | 25,000 | 208,865 | 76.97 |
| St Lucie Co Fire District | 772-621-3400 | 3.0000 | 233,865 | 25,000 | 208,865 | 626.60 |
| FL Inland Navigation Dist | 561-627-3386 | 0.0270 | 233,865 | 25,000 | 208,865 | 5.64 |
| City of Port St Lucie | 772-871-5069 | 4.6607 | 233,865 | 25,000 | 208,865 | 973.46 |
| City of PSL Voted Debt | 772-871-5069 | 0.3143 | 233,865 | 25,000 | 208,865 | 65.65 |
| School Discretionary | 772-429-3970 | 0.7480 | 233,865 | 25,000 | 208,865 | 156.23 |
| School Capital Improvemnt | 772-429-3970 | 1.5000 | 233,865 | 25,000 | 208,865 | 313.30 |
| School Req Local Effort | 772-429-3970 | 3.0480 | 233,865 | 25,000 | 208,865 | 636.62 |
| School Voter Referendum | 772-429-3970 | 1.0000 | 233,865 | 25,000 | 208,865 | 208.87 |
| Mosquito Control | 772-462-1670 | 0.1352 | 233,865 | 25,000 | 208,865 | 28.24 |
| S FL Wtr Mgmt District | 561-686-8800 | 0.2301 | 233,865 | 25,000 | 208,865 | 48.06 |

| Non-Ad Valorem Assessments Levying Authority | Telephone | Amount |
|---|---|---|

| | | |
|---|---|---|
| 2025 **Total Ad Valorem:** | | $4,659.75 |
| 2025 **Total Non-Ad Valorem:** | | $0.00 |
| 2025 **Combined Total Ad Valorem and Non-Ad Valorem:** | | $4,659.75 |

*Discount, if any, reflected in amount due below*

**2025 TANGIBLE**

**Account Number: 1000-1036711**

Please provide your contact information here:
Email: _____
Phone: _____

*If the address below is not correct, visit **PASLC.gov** to update your address.

**PAY ONLY ONE AMOUNT**

| If Received By | Please Pay |
|---|---|
| Jun 30, 2026 | $4,891.44 |
| Jul 31, 2026 | $4,961.34 |
| Aug 31, 2026 | $5,031.23 |

For payment options and instructions, refer to the back of this notice.

Sailormen Inc.
Property Tax Dept.
9200 South Dadeland Blvd
Miami, FL   33156

Make check payable to:
ST. LUCIE COUNTY TAX COLLECTOR
PO BOX 308
FORT PIERCE FL 34954-0308

022025 000000000000 000001000103671l 0000 00000465975 00000001200 0000 8

**CHRIS CRAFT** *Serving Our Neighbors*
# TAX COLLECTOR
## ST. LUCIE COUNTY

## IMPORTANT INFORMATION - PLEASE READ

Ad Valorem Taxes cover the period January 1 through December 31 of the tax year indicated on the front of this notice. Tax notices are mailed on or around November 1 and become delinquent on April 1. Failure to receive a tax notice does not extend discounts or excuse taxpayers' responsibilities to pay taxes and applicable penalties for late payments.

## GOVERNMENT OFFICE RESPONSIBILITIES

### St. Lucie County Tax Collector

The Tax Collector prints, mails and collects payments based on the tax rolls certified by the Property Appraiser and Levying Authorities.

Contact the Tax Collector to:
- Pay your current or delinquent property taxes
- Learn about partial payment, installment and homestead tax deferral plans
- Print your tax bills and receipts

**www.tcslc.com**

### St. Lucie County Property Appraiser

The Property Appraiser values properties and prepares and certifies the tax roll which includes assessed values, exemptions, legal description, assessed owner(s) name and mailing address.

Contact the Property Appraiser to:
- Ask questions about the assessed value or exemption of your property
- Change your mailing address
- File or check on homestead and other exemptions.

**www.paslc.gov**

### St. Lucie County Levying Authorities

A list of St. Lucie County levying authorities may appear on the front of this notice, and more information on each is available by scanning the code below.



## PAYMENT OPTIONS



**Save time... pay online! Scan the code to pay.**

**By Mail:**
P.O. Box 308
Fort Pierce, FL 34954-0308
*Checks payable to:*
St. Lucie County Tax Collector

**Dropbox or in-person:**
Fort Pierce:    2300 Virginia Avenue
Port St. Lucie: 1664 SE Walton Road
Tradition:       10264 SW Village Parkway

NOTICE TO TAXPAYERS ENTITLED TO HOMESTEAD EXEMPTION: Per Florida Statute, 197.252, any person who is entitled to claim homestead tax exemption may qualify for a deferred tax payment plan on homestead property. An application to determine eligibility is available in the county tax collector's office. The deadline to apply is March 31 following the year in which the taxes are assessed.

## DISCOUNTS

The amounts indicated on the front of this notice represent the total taxes and assessments due (if applicable) less discounts allowed for early payment. When the discount period ends on a weekend or holiday the discount is extended to the next business day. Taxes are due by March 31 of each year.

**4%** if paid in November

**3%** if paid in December

**2%** if paid in January

**1%** if paid in February

## DELINQUENT TAXES

Payment of delinquent taxes must be made in certified U.S. funds drawn on a U.S. bank. The amount due is determined by the date payment is received. Failure to pay delinquent taxes could result in the loss of your property. On April 1 the following charges are imposed by Florida law:

Real Estate: 3% minimum interest and advertising costs. A tax certificate sale is held on or before June 1 resulting in additional charges.

Tangible Personal Property: 18% interest annually, cost of advertising and fees. Tax warrants will be issued on all unpaid personal property taxes on or about June 1.

## PAYMENT PLANS

Pursuant to Florida Statute 197.222, you may elect to pay your property or tangible personal property taxes on a quarterly basis, through an installment plan, instead of paying the entire amount at once. Florida Statute also allows for taxpayers to make partial payments on current property taxes and current and delinquent tangible personal property taxes. An application and signature are required for payment plans.

## OUR MISSION

Our mission is to provide our neighbors the highest level of customer service through innovative technology and highly trained professionals while maintaining the public trust.

