**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In Re: Sailormen, Inc.            Case No.: 26-10451-RAM
                                   Chapter 11

         **Debtor.**

_____/

### AMENDED[1] LANDLORD, ART FAMILY INVESTMENT'S CORP'S, OBJECTION TO DEBTOR'S NOTICE OF POSSIBLE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTACTS AND UNEXPIRED LEASES IN CONNECTION WITH SALE

Landlord, Art Family Investments Corp. as assignee and successor in interest to Triple R Ranches, 14, LLC ("Art Family"), by and through undersigned counsel, files this Objection to Debtor's *Notice of Possible Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with Sale* ("Cure Notice")[2], and states as follows:

1. Art Family is the commercial landlord for the Popeyes Louisiana Kitchen restaurant (Store #14213) operated by the debtor and located at 3624 N. Monroe Street Tallahassee, Florida, pursuant to that certain lease attached to Art Family's bankruptcy proof of claim (Claim #106).

2. On or about May 18, 2026, the Debtor served the Cure Notice listing, among other things, the unexpired leases it will possibly assume and assign in conjunction with the sale of its assets and the cure amounts for those leases.

3. Art Family's lease is listed in the Cure Notice with a cure amount of $57,313.45, an amount which is inaccurate. Accordingly, Art Family objects to the Cure Notice. The cure amount for Art Family's lease as of June 9, 2026 is **$63,308.31** calculated as follows:

| | |
|---|---|
| September 2025 contractual rent, sales, tax, and late fee | $11,382.29 |
| December 2025 contractual rent and late fee | $10,718.75 |
| June 2026 contractual rent and late fee | $10,718.75 |

---

[1] Amended to reflect updated amounts
[2] (UNDOCKETED, but attached as Schedule "G" to ECF#543)



| | |
|---|---|
| 2025 Leon County, Florida real property taxes and assessments ($12,477.27 plus statutory interest through June 30, 2026). | $13,038.75 |
| Bankruptcy attorney's fees for Agentis for representation in this bankruptcy proceeding through June 9, 2026. Invoices available upon request. | $7,986.13 |
| Estimated bankruptcy attorney's fee and costs (5 hours at $645) expected to be incurred by Art Family through the approval of the sale of the Debtor's assets and assignment/assumption of Art Family's lease. | $3,225.00 |
| Estimated pro-rated 2026 Leon County, Florida real property taxes and assessments (amount based upon the 2025 non-default and an assumption/assignment date for Art Family's lease of June 30, 2026). | $6,238.64 |

4.      Based on the foregoing, Art Family objects to the Debtor's cure amount for Art Family's lease, and to the assumption and assignment of Art Family's lease unless the cure amount set forth in paragraph 4 plus any overage on the estimated items is escrowed and paid in full in conjunction with the approval of the sale of the Debtor's assets, and assumption and assignment of Art Family's lease.

Wherefore, Art Family Investments Corp. respectfully requests that this Court enter an Order sustaining its objection to the Debtor's cure amount, denying assumption and assignment of its lease absent prompt cure, and for such other relief as the Court deems just and proper.

Respectfully submitted on June 18, 2026, by:

AGENTIS

*/s/ Jacqueline Calderín*
Jacqueline Calderín, Attorney at Law
Florida Bar No. 134414
Counsel for Art Family Investments Corp.
45 Almeria Avenue
Coral Gables, FL 33134
T. 305.722.2002
jc@agentislaw.com

