UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                          Chapter 11

SAILORMEN, INC.,                                Case No. 26-10451-RAM

          Debtor.[1]

_____/

**EXPEDITED OMNIBUS MOTION FOR ENTRY
OF AN ORDER AUTHORIZING REJECTION OF
CERTAIN UNBID AND MASTER LEASES EFFECTIVE AS OF JUNE 30, 2026**

**Basis for Expedited Hearing**

**The Debtor began the Auction for all of its assets on June 15, 2026. At the Auction, the Debtor did not receive bids for certain locations. The Debtor now seeks to reject the leases associated with those locations as of June 30, 2026, as those locations now constitute burdens on the estate. The Debtor respectfully requests the Court set this Motion for hearing to coincide with the continued hearing to approve the sale of the Debtor's assets on June 23, 2026, at 9:30 a.m.**

Sailormen, Inc., the debtor and debtor-in-possession in the above captioned chapter 11 case (the "Debtor"), moves for the entry of an order, substantially in the form attached hereto as **Exhibit A**, (i) authorizing the Debtor, under section 365(a) of the Bankruptcy Code, to reject the Rejected Leases (as defined herein), effective as of June 30, 2026. In support of this Motion, the Debtor respectfully states as follows:

**JURISDICTION AND VENUE**

1.      This Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157(b) and 1334.  This is a core proceeding under 28 U.S.C. § 157(b)(2)(A) and (O).

---

[1]  The Debtor in this Chapter 11 case and the last four digits of its federal tax identification number are Sailormen, Inc. (5214). The location of the Debtor's corporate headquarters and the Debtor's service address in this chapter 11 case is Miami, Florida.

2.      Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

3.      The statutory predicates for the relief sought herein are Sections 105(a) and 365(a) of the Bankruptcy Code and Bankruptcy Rule 6006.

## BACKGROUND

### I.      Introduction.

1.      On January 15, 2026 (the "Petition Date"), the Debtor filed a voluntary petition in this Court for relief under chapter 11 of the Bankruptcy Code (this "Chapter 11 Case").

2.      The Debtor continues to manage and operate its business as a debtor-in- possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

3.      The United States Trustee appointed an official committee of unsecured creditors (the "Committee") on February 12, 2026.

4.      No request for a trustee or examiner has been made in this Chapter 11 Case.

4.      Information regarding the Debtor's business, capital structure, and the circumstances leading to the commencement of this Chapter 11 Case is set forth in the Baker Declaration.[2] Those facts are incorporated herein by reference.

### II.      The Leases to be Rejected.

5.      The Debtor began the auction of substantially all of its assets on June 15, 2026 (the "Auction").  At the Auction, the Debtor did not receive bids for certain of its stores (the "Unbid Stores"). Those stores now constitute a burden on the Debtor's estate, and, as of July 1, 2026, the Debtor will no longer have the authority to use cash collateral to operate those stores. The Debtor has also yet to receive consent to break up certain master leases which have become a burden on the estate as the Debtor nears the end of its use of cash collateral.

---

[2] *See* ECF No. 9.

6.      Through this Motion, the Debtor seeks to reject, as of June 30, 2026, the leases that correspond to those locations. A list of the stores related to the leases agreements the Debtor seeks to reject is attached hereto as **Exhibit B** (the "Rejected Leases").

## RELIEF REQUESTED

7.      By this Motion, the Debtor seeks authority under section 365(a) of the Bankruptcy Code to reject the Rejected Agreements, effective as of the date of closing of each store.

## BASIS FOR RELIEF REQUESTED

8.      Section 365 of the Bankruptcy Code provides that a debtor-in-possession, "subject to the court's approval, may assume or reject any executory contract or unexpired lease of the debtor."  11 U.S.C. § 365(a).  Rejection under section 365 is generally intended to enable the debtor to relieve itself and the bankruptcy estate from burdensome and unprofitable contracts or unexpired leases in order to preserve and maximize the value of the bankruptcy estate.  *Stewart Title Guar. Co. v. Old Republic Nat'l Ins. Co.,* 83 F.3d 735, 741 (5th Cir. 1994);  *In re Mirant Corp.*, 303 B.R. 319, 330-31 (Bankr. N.D. Tex. 2003) ("There is substantial authority for the proposition that section 365 was intended to allow a trustee or debtor in possession to eliminate burdensome, unprofitable contracts and preserve for the estate's benefit valuable agreements.").

9.      The decision to assume or reject an executory contract or unexpired lease is a matter within the "business judgment" of the debtor.  *Nat'l Labor Relations Bd. v. Bildisco and Bildisco (In re Bildisco)*, 682 F.2d 72, 79 (3d Cir. 1982) (stating that "the usual test for rejection of an executory contract is simply whether rejection would benefit the estate, the 'business judgement' test").  The business judgment standard is satisfied when a debtor determines that rejection will benefit the estate.  *In re Gardinier, Inc.,* 831 F.2d 974, 975, n. 2 (11th Cir. 1987); *see also Commercial Fin. Ltd. v. Hawaii Dimensions, Inc. (In re Hawaii Dimensions, Inc.)*, 47 B.R. 425,

427 (D. Haw. 1985) ("Under the business judgment test, a court should approve a debtor's proposed rejection if such rejection will benefit the estate.") (citation omitted).

10.    Courts generally do not second guess a debtor's business judgment concerning the assumption or rejection of an executory contract or unexpired lease. *See Lubrizol Enters., Inc. v. Richmond Metal Finishers, Inc. (In re Richmond Metal Finishers, Inc.)*, 756 F.2d 1043, 1046-47 (4th Cir. 1985), *cert. denied*, 475 U.S. 1057, 104 S. Ct. 1285 (1986), superseded by statute, 11 U.S.C. § 365(n); *In re Colony Beach & Tennis Club Ass'n, Inc.*, No. 8:09-cv-535-T-33, 2010 WL 746708 at *3 (M.D. Fla. Mar. 2, 2010) ("[T]he bankruptcy court may not substitute its own judgment for that of the debtor unless the debtor's decision is so manifestly unreasonable that it must be based upon bad faith, whim or caprice.") (citation omitted).

11.    Here, the Debtor has satisfied the business judgment standard because each of the Rejected Leases corresponds to a location that the Debtor was unable to sell at the Auction. Given these circumstances, unless the Rejected Leases are promptly rejected, the continuing post-petition costs of paying for the Rejected Leases would undermine the Debtor's efforts to maximize the value of the Debtor's estate and would be unnecessary burdens on the Debtor's estate.

12.    The Debtor further asks that the Court deem the Rejected Leases to be rejected as of June 30, 2026, to ensure that, to the maximum extent possible, any claims under such Rejected Agreements will be treated as unsecured pre-petition claims in accordance with section 365(g)(1) of the Bankruptcy Code.  *See Nat'l Labor Relations Bd. v. Bildisco*, 465 U.S. 513, 530 (1984) (stating that rejection relates back to the petition date).

## RESERVATION OF RIGHTS

13.    The Debtor reserves the right to remove any leases from the list of Rejected Leases up to the effective date of rejection.

70949/0001-52242284v7

14. Nothing contained herein is intended or should be construed as an admission as to the validity of any claim against the Debtor, a waiver of the Debtor's right to dispute any claim, an admission that any claim is of a type specified in this Motion, or a waiver or limitation of the Debtor's rights under the Bankruptcy Code or applicable law.  In addition, nothing herein shall be construed to mean that the Debtor has abandoned any estate property in or related to these Restaurant locations.

**WHEREFORE**, the Debtor respectfully requests that the Court enter the Proposed Order attached hereto as **Exhibit A**, granting the relief requested herein, and such other and further relief as the Court deems just and proper.

Dated: June 19, 2026                          Respectfully submitted,

**SHRAIBERG PAGE, P.A.**
*Attorneys for the Debtor Sailormen, Inc.*
2385 NW Executive Center Drive, Suite 300
Boca Raton, Florida 33431
Telephone: 561-443-0800
Facsimile: 561-998-0047
Email: bss@slp.law
Email: shess@slp.law

By: */s/ Bradley S. Shraiberg*
        Bradley S. Shraiberg
        Florida Bar No. 121622
        Samuel W. Hess
        Florida Bar No. 1044184
-and-

**COLE SCHOTZ, P.C.**
*Attorneys for the Debtor Sailormen, Inc.*
2121 SW 3rd Ave, Suite 200
Miami, FL 33129
Telephone: 305-374-4848
Email: lsalazar@coleschotz.com
Secondary Email: Alee-Sin@coleschotz.com
Secondary Email: CS-eservice-miami@coleschotz.com

By: */s/ Luis Salazar*
        Luis Salazar

70949/0001-52242284v7

Florida Bar No. 147788
-and-

1201 Wills Street, Suite 320
Baltimore, MD 21231
Telephone: 410-230-0660
Facsimile: 410-406-6067
Gary H. Leibowitz, Esq. (admitted *pro hac vice*)
Maryland Bar No. 24717
Email: GLeibowitz@coleschotz.com
Irving Walker, Esq. (admitted *pro hac vice*)
Maryland Bar No. 00179
Email: IWalker@coleschotz.com
H.C. Jones, III, Esq. (admitted *pro hac vice*)
Maryland Bar No. 20064
Email: HJones@coleschotz.com
Natalie Gibson (admitted *pro hac vice*)
Maryland Bar No. 31350
Email: Ngibson@coleschotz.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished via Notice of Electronic Filing by CM/ECF to all parties registered to receive such service in this case on June 19, 2026.

/s/ Bradley S. Shraiberg
Bradley S. Shraiberg

70949/0001-52242284v7

Served via CM/ECF:

- **Eric N Assouline**    ena@assoulineberlowe.com, ah@assoulineberlowe.com
- **Terence G Banich**    terence.banich@katten.com
- **Paul J. Battista**    pjbattista@venable.com, cascavone@venable.com;jnunez@venable.com;imalcolm@venable.com;heburke@venable.com;imalcolm@ecf.courtdrive.com
- **Seth N Benes**    seth@lwlawfla.com, claudia@lwlawfla.com;Pleadings@lwlawfla.com
- **Laura Boeckman**    lboeckman@coj.net
- **Stephen C Breuer**    stephen@breuer.law, genna@breuer.law,stephen@ecf.courtdrive.com,mia@breuer.law
- **Joseph P. Briggett**    jbriggett@bakerdonelson.com, jbowers@bakerdonelson.com
- **Jacqueline Calderin**    jc@agentislaw.com, bankruptcy@agentislaw.com;nsocorro@agentislaw.com
- **Helbert A. Canales-Rojas**    helbert@canalesrojaslaw.com, mymarks@bakerdonelson.com
- **Ronald S Canter**    rcanter@roncanterllc.com
- **Shawn M Christianson**    schristianson@buchalter.com, cmcintire@buchalter.com
- **Lisa Caryl Cohen**    lcohen@ruffcohen.com
- **Isabel V Colleran**    isabel.colleran@blaxgray.com
- **Matthew McDonnell Couch**    mcouch@moorheadlaw.com, heidi@moorheadlaw.com;kblackman@moorheadlaw.com
- **Alan R Crane**    acrane@furrcohen.com, yfernandez@furrcohen.com;ltitus@furrcohen.com;staff1@furrcohen.com;cranear84158@notify.bestcase.com;paralegal@furrcohen.com;paralegal2@furrcohen.com
- **Kathleen DiSanto**    kdisanto@bushross.com, bankruptcy.eservice@bushross.com;kdisanto@ecf.courtdrive.com
- **James M Donohue**    jdonohue@ausley.com, sshaffer@ausley.com
- **Michael P Dunn**    michael.dunn@dunnlawpa.com, rbasnueva@dunnlawpa.com;tudani@dunnlawpa.com;lrodriguez@dunnlawpa.com;mflores@dunnlawpa.com
- **C Craig Eller**    celler@kelleylawoffice.com, bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com
- **Raye C Elliott**    raye.elliott@akerman.com, jennifer.meehan@akerman.com;ava.hill@akerman.com
- **Brian T FitzGerald**    fitzgeraldb@hillsboroughcounty.org, connorsa@hillsboroughcounty.org;stroupj@hillsboroughcounty.org
- **Kevin A Forsthoefel**    kforsthoefel@ausley.com, kreffitt@ausley.com
- **Patricia Francois**    patriciafrancois@demandthelimits.com
- **David L. Gay**    dgay@carltonfields.com, cguzman@carltonfields.com;efile@ecf.inforuptcy.com;miaecf@cfdom.net
- **Mark A Gilbert**    mark.gilbert@colemantalley.com
- **Joe M. Grant**    jgrant@loriumlaw.com, jenna-munsey-6083@ecf.pacerpro.com;jyoung@loriumlaw.com;acabello@loriumlaw.com
- **Jordi Guso**    jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.courtdrive.com

- **Stephanie L Hauser**    slh@lklsg.com, ame@lklsg.com
- **Malinda L Hayes**    malinda@mlhlawoffices.com, hayes.malindab120631@notify.bestcase.com;hayes.malindab120631@notify-prod.bestcase.com;yamile@mlhlawoffices.com
- **Samuel W Hess**    shess@slp.law, dwoodall@slp.law;pmouton@slp.law;shess@ecf.courtdrive.com;mortman@slp.law
- **Michael S Hoffman**    mhoffman@lessnehoffman.law, mhoffman@ecf.courtdrive.com
- **Erin M Hoskins**    ehoskins@bergersingerman.com, efile@bergersingerman.com;efile@ecf.courtdrive.com
- **Jason Ward Johnson**    jjohnson@gunster.com, dmowery@gunster.com
- **Jason Z. Jones**    jjones@joneslawpa.com
- **Joshua R. C. Justus**    jjustus@gentrylocke.com
- **Amrit S Kapai**    akapai@dunnlawpa.com, rbasnueva@dunnlawpa.com;tudani@dunnlawpa.com;lrodriguez@dunnlawpa.com;mflores@dunnlawpa.com
- **Matthew S Kish**    mkish@sbwh.law, mlarhzal@sbwh.law;r65072@notify.bestcase.com
- **Harris J. Koroglu**    hkoroglu@shutts.com, mcabo@shutts.com;bvelapoldi@shutts.com;fsantelices@shutts.com
- **John J Lamoureux**    jlamoureux@carltonfields.com, delliott@carltonfields.com;tpaecf@cfdom.net
- **Brett D Lieberman**    brett@elrolaw.com, eservice@elrolaw.com;tisha@elbizlaw.com;virginia@elbizlaw.com;denissis@elbizlaw.com
- **Jesus Lozano**    jlozano@nardellalaw.com, klynch@nardellalaw.com;msayne@nardellalaw.com;ibennett@nardellalaw.com
- **William J Maguire**    william@maguire-law.com, assistant@maguire-law.com
- **Paul N Mascia**    pmascia@nardellalaw.com, klynch@nardellalaw.com;msayne@nardellalaw.com;ibennett@nardellalaw.com
- **Kenneth Mather**    kmather@gunster.com, jcowzer@gunster.com;mweaver@gunster.com
- **Brian K. McMahon**    briankmcmahon@gmail.com
- **Glenn D Moses**    gmoses@venable.com, cascavone@venable.com;ipmalcolm@venable.com;jnunez@venable.com;imalcolm@ecf.courtdrive.com;btraina@venable.com
- **Joel F. Newell**    newellj@ballardspahr.com, phxlsateam@ballardspahr.com
- **Office of the US Trustee**    USTPRegion21.MM.ECF@usdoj.gov
- **Gregory Ohl**    gregory.ohl@colemantalley.com, janet.valdes@colemantalley.com
- **Thomas S Onder**    tonder@stark-stark.com
- **Luis Orengo**    lorengo@carltonfields.com, kathompson@carltonfields.com
- **Chad S Paiva**    trustee.paiva@gmail.com, michaelbollingpa@gmail.com,simone@fenderbollingpaiva.com
- **Eric S Pendergraft**    ependergraft@slp.law, dwoodall@slp.law;mortman@slp.law;bshraibergecfmail@gmail.com;pmouton@slp.law
- **L William Porter III**    bporter@lathamluna.com

- **Stephen B Porterfield**    stephen.porterfield@dentons.com, jan.pack@dentons.com;candice.stanford@dentons.com
- **Robert J. Powell**    rpowell@moorheadlaw.com, heidi@moorheadlaw.com;kblackman@moorheadlaw.com
- **Leanne McKnight Prendergast**    Leanne.Prendergast@pierferd.com, l3annemp@gmail.com
- **Timothy R Qualls**    stalevich@yvlaw.net, tqualls@yvlaw.net
- **Jordan L Rappaport**    office@rorlawfirm.com, 1678370420@filings.docketbird.com
- **David A Ray**    dar@trippscott.com, draycmecf@gmail.com;dar@trippscott.com;aaa@trippscott.com;bankruptcy@trippscott.com
- **Alexis S Read**    asr@alexisreadlaw.com, asr@readlawpllc.com
- **Olivia Retenauer**    oretenauer@tobinreyes.com, eservice@tobinreyes.com;mrea@tobinreyes.com
- **Ricardo A Reyes**    rar@tobinreyes.com, rreid@tobinreyes.com;eservice@tobinreyes.com;mhorton@tobinreyes.com
- **Dana Lee Robbins-Boehner**    drobbins@burr.com, mguerra@burr.com;kkearney@burr.com
- **Richard R Robles**    rrobles@roblespa.com, paralegal@roblespa.com;lawclerk@roblespa.com;assistant@roblespa.com;r49546@notify.bestcase.com
- **Emilio Eduardo Rodriguez**    eer@assoulineberlowe.com, sh@assoulineberlowe.com
- **Eric A Rosen**    erosen@fowler-white.com, CAfilings@fowler-white.com
- **Gail M. Ruiz**    gailruiz@att.net
- **Ariel Sagre**    law@sagrelawfirm.com
- **Luis Salazar**    lsalazar@coleschotz.com, luis-salazar-4791@ecf.pacerpro.com;JCeide@coleschotz.com;LLorenzo@coleschotz.com;Aleesin@coleschotz.com;DFernandez@coleschotz.com;EVazquez@coleschotz.com
- **Jeffrey N Schatzman**    notices@schatzmanlaw.com, g2251@notify.cincompass.com;schatzman.jeffreyn.b105574@notify.bestcase.com
- **Steven D Schneiderman**    Steven.D.Schneiderman@usdoj.gov
- **David B Shemano**    dshemano@shemanolaw.com, mkolcun@robinskaplan.com;cweiner@robinskaplan.com
- **Bradley S Shraiberg**    bss@slp.law, dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law;mortman@slp.law
- **R Scott Shuker**    rshuker@shukerdorris.com, atillman@shukerdorris.com;mfranklin@shukerdorris.com;lstricker@shukerdorris.com;wtownsend@shukerdorris.com
- **Eric J Silver**    esilver@stearnsweaver.com, jless@stearnsweaver.com;fsanchez@stearnsweaver.com;cgraver@stearnsweaver.com;mfernandez@stearnsweaver.com
- **Paul Steven Singerman**    singerman@bergersingerman.com, hmoreno@bergersingerman.com;efile@bergersingerman.com;efile@ecf.courtdrive.com
- **Jason Slatkin**    jslatkin@loriumlaw.com, ecf.jslatkin@loriumlaw.com
- **David R Softness**    david@softnesslaw.com

- **Nicolaos Soulellis**    nsoulellis@gunster.com, jcowzer@gunster.com;mweaver@gunster.com
- **Gavin N Stewart**    bk@stewartlegalgroup.com
- **Lauren Stricker**    lstricker@shukerdorris.com, atillman@shukerdorris.com;mdorris@shukerdorris.com;mfranklin@shukerdorris.com;rshuker@shukerdorris.com;wtownsend@shukerdorris.com
- **James S Telepman**    jst@cohennorris.com
- **Richard R Thames**    rrt@thamesmarkey.law, srb@thamesmarkey.law;brm@thamesmarkey.law;rjs@thamesmarkey.law;keh@thamesmarkey.law
- **Seth P Traub**    straub@shumaker.com, dmccabe@shumaker.com
- **Barry Seth Turner**    bt@bstpa.com, bstpalaw@gmail.com;paralegal@bstpa.com
- **John J Wiles**    bankruptcy@evict.net

70949/0001-52242284v7

# EXHIBIT A

**PROPOSED ORDER**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                          Chapter 11

SAILORMEN, INC.,                                Case No. 26-10451-RAM

         Debtor.[1]

_____ /

## ORDER AUTHORIZING REJECTION OF CERTAIN UNBID AND MASTER LEASES

This matter came before the Court for hearing on June 23, 2026 upon the *Expedited Omnibus Motion for Entry of an Order Authorizing the Rejection of Certain Unbid and Master Leases* (the "Motion")[2] filed by the Debtor. For the reasons stated on the record, and with the Court being fully advised in the premises, it is **ORDERED** and **ADJUDGED:**

1.      The Motion is **GRANTED**.

---

[1]   The Debtor in this Chapter 11 case and the last four digits of its federal tax identification number are Sailormen, Inc. (5214). The location of the Debtor's corporate headquarters and the Debtor's service address in this chapter 11 case is Miami, Florida.

[2]   All capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

70949/0001-52242284v7

2.      The Debtor's proposed rejection of the Rejected Leases for the locations listed on **Exhibit B** to the Motion is approved, effective as of June 30, 2026 (the "Effective Date").

3.      The Debtor reserves the right to seek assumption and assignment of any of the Rejected Leases prior to the Effective Date.

4.      **Any proof of claim arising from the rejection must be filed no later than the latest to occur of: (1) the time to file a proof of claim under Bankruptcy Rule 3002(c) or Local Rule 3003-1; (2) 28 days after entry of this order; or (3) 28 days after the effective date of the rejection.**

5.      The Debtor is authorized to take all necessary actions to effectuate the relief granted pursuant to this Order in accordance with the Motion.

6.      The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

# # #

Submitted by:

Bradley S. Shraiberg, Esq.
SHRAIBERG PAGE P.A.
*Proposed Counsel for the Debtor*
2385 NW Executive Center Dr., Suite 300
Boca Raton, FL 33401
Telephone: (561) 433-0800
bss@slp.law


*Bradley Shraiberg, Esq. is directed to serve copies of this Order upon all interested parties and to file a certificate of service with the Court.*

70949/0001-52242284v7

**EXHIBIT B**

| Sailormen # | Address | Landlord | Landlord Address |
|---|---|---|---|
| 29 | 814 E. Cervantes Street, Pensacola, FL | Realty Income Corp - Robin Mora, Ryan Cornelius, Skylar Moyer | 11995 El Camino Real San Diego, CA 92130 |
| 102 | 12131 S Orange Blossom Trail, Orlando, FL | Store SPE Chancellor 2021-3, LLC - Lyena Hale | 8377 E Hartford Drive, Suite 100 Scottsdale, AZ 85255 |
| 123 | 230 West Mitchell Hammock Road, Oviedo, FL | Realty Income Corp - Robin Mora, Ryan Cornelius, Skylar Moyer | 11995 El Camino Real San Diego, CA 92130 |
| 129 | 1050 S. Walnut St., Starke, FL | Realty Income Corp - Robin Mora, Ryan Cornelius, Skylar Moyer | 11995 El Camino Real San Diego, CA 92130 |
| 131 | 121 NW Main Blvd., Lake City, FL | Store SPE Chancellor 2021-3, LLC - Lyena Hale | 8377 E Hartford Drive, Suite 100 Scottsdale, AZ 85255 |
| 138 | 744 Russell Parkway, Warner Robins, GA | STORE Capital Acquisitions LLC Lyena Hale | 8377 E Hartford Drive, Suite 100 Scottsdale, AZ 85255 |
| 146 | 7507 Atlantic Blvd., Jacksonville, FL | 50% Brewer Family Trust dated May 22, 1911 (Attn: Jay Brewer) 50% AMEMAR, LLC (Attn: Fe Santiago) | Brewer Family Trust dated May 22, 1911: (Attn: Jay Brewer) - 61589 Tam McArthur Loop, Bend, OR 97702; AMEMAR, LLC (Attn: Fe Santiago) - 12252 Haven Circle, Riverside, CA 92503 |
| 154 | 1509 University Blvd., Jacksonville, FL | Realty Income Corp - Robin Mora, Ryan Cornelius, Skylar Moyer | 11995 El Camino Real San Diego, CA 92130 |
| 156 | 524 Atlantic Blvd., Neptune Beach, FL | 524 Atlantic Blvd, LLC (c/o LG ML 2) Taraz Darabi | 1120 NW 8th Avenue Gainesville, FL 32601 |
| 167 | 18403 S. Dixie Hwy., Cutler Bay, FL | South Dade Shopping Wendy Constanzo | 3200 N Military Trail, 3rd Floor Boca Raton, FL 33431 |
| 170 | 615 East Oglethorpe Ave., Hinesville, GA | Iris Associates LP Christine Soccodato | 28 Kennedy Boulevard, Suite 800 E. Brunswick, NJ 08816 |
| 181 | 2161 S. Byron Butler Parkway, Perry, FL | Jengeo Realty, LLC George A. Smith, Jr. | 2871 North Ocean Boulevard #R454 2001 S. Federal Highway Boca Raton, FL 33431 Delray Beach, FL 33483 |

70949/0001-52242284v7

| | | | |
|---|---|---|---|
| 183 | 4933 New Jessup Highway, Brunswick, GA | The Richard Esnard Living Trust Dated 7/15/09 Richard Esnard | 719 Piermont Avenue Piermont, NY 10968 |
| 193 | 6401 N 9th Ave, Pensacola, FL | KGGK Venture LLC Mr. Eyal Halevy | 8676 Hawkwood Bay Drive Boynton Beach, FL 33473 |
| 207 | 3716 Gulf Breeze Pkwy , Gulf Breeze, FL | Luke Starlight, LLC Shou Mei Huang | 196 Starlight Drive Anaheim, CA 92807 |
| 210 | 450047 SR 200, Callahan, FL | Neimon Group LLC Naren Shahani; Ruth Lee-Merlos Rita Shahani | 601 Spring Oak CIrcle Orlando, FL 32828 |
| 214 | 5695 NW 23rd Street, Gainsville, FL | Rizzy Investment, Inc. Qasim Gillani | 2738 Central Road Miramar, FL 33025 |
| 221 | 15655 NW US Highway 441, Alachua, FL | LBJ Alachua, LLC Evan Blumenthal | 4 Dorchester Road Scarsdale, NY 10583 |
| 228 | 397 US 84 E, Cairo, GA | Blue Dominion, LLC David Hooks | 185 Live Oak Road Newport, NC 28570 |
| 238 | 801 W Base ST, Madison, FL | 404 Midland Avenue, LLC Richard Scheinert | 253 Bearwoods Road Park Ridge, NJ 07656 |
| 242 | 6329 Dr. ML King Jr Street N, St Petersburg, FL | 63rd Terrace, LLC Savannah Whitworth | 14865 Draft Horse Lane Wellington, FL 33414 |
| 251 | 11840 SR 64 E, Bradenton, FL | Investments AAB Two, LLC Maria del Rosario Amin Avendano | 20 NW 80th Boulevard Gainesville, FL 32607 |
| 901 | 3390 First Street, Bradenton, FL | JDSI, LLC Judson Stringfellow, Managing Member | 3515 Dovewood Drive Charlotte, NC 28226 |
| 115 | 3981 Columbia St., Orlando, FL | Store SPE Chancellor 2021-3, LLC - Lyena Hale | 8377 E Hartford Drive, Suite 100 Scottsdale, AZ 85255 |
| 28 | 3411 N. Pace Blvd., Pensacola, FL | SVC ABS, LLC c/o The RMR Group - Roel Espiritu, Kelley Glenn | The RMR Group - Meridian Building 1320 Main Street, Suite 625 Columbia, SC 29201 |
| 1 | 5534 NW 7th Avenue, Miami, FL | SVC ABS, LLC c/o The RMR Group - Roel Espiritu, Kelley Glenn | The RMR Group - Meridian Building 1320 Main Street, Suite 625 Columbia, SC 29201 |
| 2 | 2490 NW 79th Street, North Miami, FL | SVC ABS, LLC c/o The RMR Group - Roel Espiritu, Kelley Glenn | The RMR Group - Meridian Building 1320 Main Street, Suite 625 Columbia, SC 29201 |
| 100 | 108 S. Kings Ave., Brandon, FL | Realty Income Corp - Robin Mora, Ryan Cornelius, Skylar Moyer | 11995 El Camino Real San Diego, CA 92130 |
| 12 | 3291 W. Broward Blvd., Ft. Lauderdale, FL | SVC ABS, LLC c/o The RMR Group - Roel Espiritu, Kelley Glenn | The RMR Group - Meridian Building |

70949/0001-52242284v7

| | | | 1320 Main Street, Suite 625 Columbia, SC 29201 |
|---|---|---|---|
| 122 | 6725 Sand Lake Rd., Orlando, FL | HS Land Holdings LTD - Kevin Smith, Valerie Pickert | Post Office Box 2254 Orlando, FL 32802-2254 |
| 121 | 45 N. Orange Blossom Trail, Orlando, FL | HS Land Holdings LTD - Kevin Smith, Valerie Pickert | Post Office Box 2254 Orlando, FL 32802-2254 |
| 116 | 5700 Lake Underhill, Orlando, FL | HS Land Holdings LTD - Kevin Smith, Valerie Pickert | Post Office Box 2254 Orlando, FL 32802-2254 |
| 125 | 101 N. Ridgewood Ave., Daytona Beach, FL | HS Land Holdings LTD - Kevin Smith, Valerie Pickert | Post Office Box 2254 Orlando, FL 32802-2254 |
| 117 | 460 W. SR 436, Altamonte Springs, FL | Store SPE Chancellor 2021-3, LLC - Lyena Hale | 8377 E Hartford Drive, Suite 100 Scottsdale, AZ 85255 |
| 103 | 324 W. Vine St. , Kissimmee, FL | Store SPE Chancellor 2021-3, LLC - Lyena Hale | 8377 E Hartford Drive, Suite 100 Scottsdale, AZ 85255 |
| 119 | 116 W. Merritt Is. Causeway, Merritt Island, FL | Store SPE Chancellor 2021-3, LLC - Lyena Hale | 8377 E Hartford Drive, Suite 100 Scottsdale, AZ 85255 |
| 126 | 928 N. Woodland Blvd., Deland, FL | HS Land Holdings LTD - Kevin Smith, Valerie Pickert | Post Office Box 2254 Orlando, FL 32802-2254 |
| 9 | 20690 NW 2nd Avenue, Miami, FL | Store SPE Chancellor 2021-3, LLC - Lyena Hale | 8377 E Hartford Drive, Suite 100 Scottsdale, AZ 85255 |
| 130 | 430 Blanding Blvd., Orange Park, FL | Store SPE Chancellor 2021-3, LLC - Lyena Hale | 8377 E Hartford Drive, Suite 100 Scottsdale, AZ 85255 |
| 128 | 1412 N. Main St., Gainesville, FL | HS Land Holdings LTD - Kevin Smith, Valerie Pickert | Post Office Box 2254 Orlando, FL 32802-2254 |
| 10 | 233 W. Hillsboro Blvd., Deerfield Beach, FL | SVC ABS, LLC c/o The RMR Group - Roel Espiritu, Kelley Glenn | The RMR Group - Meridian Building 1320 Main Street, Suite 625 Columbia, SC 29201 |
| 124 | 2660 Hwy. 17-92, Sanford, FL | Store SPE Chancellor 2021-3, LLC - Lyena Hale | 8377 E Hartford Drive, Suite 100 Scottsdale, AZ 85255 |
| 101 | 2005 S. Frontage Rd., Plant City, FL | Store SPE Chancellor 2021-3, LLC - Lyena Hale | 8377 E Hartford Drive, Suite 100 Scottsdale, AZ 85255 |
| 17 | 3499 W. Oakland Park Blvd., Lauderdale Lakes, FL | SVC ABS, LLC c/o The RMR Group - Roel Espiritu, Kelley Glenn | The RMR Group - Meridian Building 1320 Main Street, Suite 625 Columbia, SC 29201 |
| 54 | 107 S 25th Street, Ft. Pierce, FL | SVC ABS, LLC c/o The RMR Group - Roel Espiritu, Kelley Glenn | The RMR Group - Meridian Building 1320 Main Street, Suite 625 Columbia, SC 29201 |

70949/0001-52242284v7

| 104 | 2550 N US Hwy. 98, Lakeland, FL | Realty Income Corp - Robin Mora, Ryan Cornelius, Skylar Moyer | 11995 El Camino Real San Diego, CA 92130 |
|---|---|---|---|
| 95 | 2216 E. Fletcher Ave., Tampa, FL | Realty Income Corp - Robin Mora, Ryan Cornelius, Skylar Moyer | 11995 El Camino Real San Diego, CA 92130 |
| 109 | 5760 S Orange Blossom Trail, Orlando, FL | Realty Income Corp - Robin Mora, Ryan Cornelius, Skylar Moyer | 11995 El Camino Real San Diego, CA 92130 |
| 33 | 2877 Target Drive, St Louis, MO | SVC ABS, LLC c/o The RMR Group - Roel Espiritu, Kelley Glenn | The RMR Group - Meridian Building 1320 Main Street, Suite 625 Columbia, SC 29201 |
| 41 | 9854 Hallsy Ferry Road, St Louis, MO | SVC ABS, LLC c/o The RMR Group - Roel Espiritu, Kelley Glenn | The RMR Group - Meridian Building 1320 Main Street, Suite 625 Columbia, SC 29201 |
| 164 | 2390 Homer Adams Parkway, Alton, IL | Store SPE Chancellor 2021-3, LLC - Lyena Hale (SubLessor SM & SubLessee HZ Foods) | 8377 E Hartford Drive, Suite 100 Scottsdale, AZ 85255 |
| 165 | 6011 North Illinois , Fairview Heights, IL | Store SPE Chancellor 2021-3, LLC - Lyena Hale (SubLessor SM & SubLessee HZ Foods) | 8377 E Hartford Drive, Suite 100 Scottsdale, AZ 85255 |

70949/0001-52242284v7